**Entered on Docket**
**April 18, 2018**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes
the order of the court. Signed April 18, 2018

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DALE NORMAN HARMS,

         Debtor.

Case No.  18-40758 CN
Chapter 13

**ORDER EXTENDING TIME TO FILE
REQUIRED DOCUMENTS**

    Debtor filed a Chapter 13 petition on April 2, 2018 (D.E. 1).  On April 16, 2018, Debtor filed

a motion requesting an extension of time to file the required documents (D.E. 13).  Pursuant to 11

U.S.C. §521 and Fed. R. Bankr. P. 1007, and good cause appearing,

    **IT IS HEREBY ORDERED THAT** the deadline to file Debtor's required documents is

extended through **June 1, 2018**.  This order DOES NOT modify the deadline to provide the trustee

with a copy of the Debtor's federal income tax returns pursuant to 11 U.S.C. §521(e)(2).  If Debtor

fails to comply with the terms of this order, Debtor's case may be dismissed without further notice.

**\* \* \* END OF ORDER \* \* \***

1

ORDER EXTENDING TIME

Case No.  18-40758 CN

**<u>COURT SERVICE LIST</u>**

Dale Norman Harms
2063 Main Street
Suite 282
Oakley, CA 94561

Other recipients are ECF participants.

**ORDER EXTENDING TIME**

**UNITED STATES BANKRUPTCY COURT**
**For The Northern District Of California**