Dale Norman Harms, *Pro Se*
2063 Main Street, Suite 282
Oakley, California 94561
Ph: 925-785-0389
Fax: 925-627-0457



FILED

MAY 16 2018

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DALE NORMAN HARMS,

    Debtor.

Case No.: 18-40758

Affidavit of Truth of Dale Norman Harms Concerning Debtor's Income Tax Filings

## Affidavit of Truth of Dale Norman Harms Concerning Debtor's Income Tax Filings

I, Dale Norman Harms, being first duly sworn to oath, do hereby aver, affirm, and declare as follows:

1. I am over the age of 18 years, and qualified to make this affidavit.
2. I represent the Debtor in *pro se* in Case Number 18-40758 CN 13, hereinafter ("I") or ("undersigned Affiant") or ("Affiant").
3. I am a living breathing man with an eternal soul created in the image of Elohiym.[1]
4. I was created and formed by Elohiym in his image.
5. I am standing on the dry soil of the land mass known as North America, on the state of California, one of the union states of The United States of America.
6. The undersigned Affiant avers that all the facts herein are true, correct, complete, and not misleading, to the best of undersigned Affiant's knowledge and belief, and are admissible

---

[1] God, especially as used in the Hebrew text of the Old Testament; the God of Abraham, Issac, and Jacob; the Creator of all living things. Genesis 1:26-31

as evidence, and if called upon as a witness, the undersigned Affiant will testify to their veracity.

7. The undersigned Affiant avers that this Affidavit serves as the Debtor's answers to the Chapter 13 Trustee's questions that he/she will be asking at the upcoming Meeting of the Creditors 341 hearing scheduled for June 07, 2018, or any such meeting held thereafter, that concern the Debtor's filing of income tax returns for the past 5 years, including 2017.

8. The undersigned Affiant avers that the answers in this Affidavit supersede any answers the Debtor may say regarding the filing of tax returns, or any owing of debt to any tax authority during any meeting of the Creditors 341 hearing.

9. The undersigned Affiant avers that the Debtor has not filed any tax return since 2008, including not filing any for 2017.

10. The undersigned Affiant avers that the Debtor has not been required to file any tax returns since 2008.

11. The undersigned Affiant avers that the tax authorities are aware of the facts of ¶9, and ¶10 above.

12. The undersigned Affiant avers that the Debtor does not owe the Internal Revenue Service ("IRS") any debt.

13. The undersigned Affiant avers that the Debtor does not owe the Franchise Tax Board ("FTB") any debt.

14. The undersigned Affiant avers that the Debtor is aware of the FTB filing a Proof of Claim as #1-1 in this instant case.

15. The undersigned Affiant avers that the Debtor objects, denies, and disputes the Proof of Claim filed by the FTB as Claim #1-1 in its entirety, until the Creditor proves, with valid admissible evidence that supports, and substantiates, the income, they calculated the alleged tax debt on. FRBP Rule 3001 (c)(1), and (c)(2)(A)

16. The undersigned Affiant avers that he mailed the Federal 1040 form that is the most recent tax year ending immediately before the commencement of the case, and for which a Federal income tax return was filed, to the Chapter 13 Trustee's mailing address at

Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540 on April 23, 2018. This copy of the filed 1040 form was for the year 2008.

I, Dale Norman Harms, the undersigned Affiant, with God as my witness, subscribe, affirm, declare, verify, and state under the penalty of perjury, under the laws of the United States of America, and the State of California that the foregoing is true and correct.

Dated this __14th__ day of May, 2018; all rights and remedies reserved.

As my word is my bond; duly tendered in honor:

*Dale Norman Harms*
Affiant
2063 Main Street, Suite 282
City of Oakley, union state of California

## JURAT

State of California
County of Contra Costa

Subscribed and sworn to (or affirmed) before me on this _____ day of May, 2018, by Dale Norman Harms, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____       Seal:
Notary Public Signature

*See subsequent, attached and made a part of California all Purpose Jurat. The following page is attached and made a part of this document as page 4 of 4*

# CALIFORNIA ALL PURPOSE JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Contra Costa_____

Subscribed and sworn to (or affirmed) before me on this __14th__ day of ___May___, 20_18_, by_____
___Dale Norman Harms___,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LINDA A. PARDINI
Notary Public - California
Contra Costa County
Commission # 2159688
My Comm. Expires Aug 10, 2020

(Seal)     Signature _Linda A Pardini_

My Commission expires ___August 10, 2020_____

Affidavit of Truth of Dale Norman Harms Concerning Debtor's Income Tax Filings