**Martha G. Bronitsky**
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward, CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

May 31, 2018

Dale Norman Harms
2063 Main Street #282
Oakley, CA 94561


Chapter 13 Case No.: 18-40758-CN 13
Re: Dale Norman Harms

In our initial review of your case, the trustee requests clarification of the listed items on the attached forms.

Although a complete review of this case has not taken place and there may be other inconsistencies that may need to be addressed at the 341 meeting, it is necessary to advise you of the situation.

The requested items **must** be received five (5) days prior to the 341 meeting of creditors. Failure to provide the requested information may result in the recommendation by the trustee that this case be dismissed or converted to a Chapter 7.

If you have any question concerning this matter, please do not hesitate to contact the Legal Department.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CASE # 1840758        DEBTOR(S):  HARMS

BASED ON THE INITIAL REVIEW OF THE ABOVE DEBTORS CASE THE FOLLWING AMENDED PLAN, SCHEDULES AND/OR MISC DOCUMENTS **NEED TO BE FILED WITH BANKRUPTCY COURT AND/OR PROVIDED TO THE CHAPTER 13 TRUSTEE** FOR THE FOLLOWING REASONS:

## DEBTOR'S PLAN

[]  Northern District of California Chapter 13 plan to be filed with court. [NDC-1 (11-6-17) – see attached]

[XX]  Please serve the plan on all creditors with 28 days' notice and opportunity to object on all creditors
[Attached is a standard notice and certificate of service. Please include your creditors in the certificate of service and mail a copy of the notice, certificate of service and the plan to each creditor and file the notice and certificate of service with the bankruptcy court]

[]  Last four digits of Soc. Sec. No:
\_\_\_\_ Do no match statement of social security form
\_\_\_\_ Missing

[]  Section 1.01 (b)
\_\_\_\_ A nonstandard provisions is reflected on section 7 but the box has not been checked
\_\_\_\_ Debtor has selected that a nonstandard provision is reflected, but no provisions has been listed

[]  Section 1.02 - No alteration to form plan permitted. Debtor has altered the following section(s) _____

[]  Section 2.01:
\_\_\_\_ Plan payments on the chapter 13 plan not provided
\_\_\_\_ Plan payment is not feasible. Payments need to increase to \_\_\_\_\_ for \_\_\_\_ months.
\_\_\_\_ Debtor must file a declaration regarding the proposed step payments
\_\_\_\_ Debtors plan fails to meet the chapter 7 liquidation analysis
\_\_\_\_ Debtors proposed plan payments is not sufficient to pay the Trustee fee, monthly payment on the attorney fees & the monthly dividends specified.

[]  Section 2.02:
\_\_\_\_ missing amount, source and/or date of lump sum payment(s)
\_\_\_\_ No time frame for sale/refinance of property and/or time frame to long in section 1.01(b). (Timeframe should not exceed 12 months)
\_\_\_\_ Sale/refinance provision missing:

[XX]   Section 3.01 CANNOT CROSS OUT ANY PORTION OF PRE PRINTED TEXT

[ ]    Section 3.05 (Attorney fees):
       _____ Missing:
       _____ Fees are inconsistent with the amounts reflected on the Fee disclosure and/or the rights and responsibilities form
       _____ Fees are in excess of the allowed fees

[ ]    Section 3.06 (Administrative expenses):
       _____ Missing monthly payment

[ ]    Section 3.07 (Secured claims – Class 1):
       _____ Missing _____
       _____ Class 1 checklist needed pursuant to General Order 34
       _____ Authorization release form needed pursuant to General Order 34
       _____ File declaration pursuant to General order 34 re: mortgage payments

[ ]    Section 3.08 (Secured claims – Class 2):
       _____ Missing _____
       _____ (B) & (C) "Reduction in value" requires Motion to value Collateral to be filed and ordered prior to confirmation of plan. Needed for the following creditors: _____
       _____ If debtor has elected to value a creditor through the plan the plan must be served pursuant to Fed.R.Bankr.P. 3012

[ ]    Section 3.09 (Class 3 – Surrender):
       _____ Missing

[ ]    Section 3.10 (Class 4 – Direct):
       ___ Missing
       ___ Proof of on-going mortgage payments to be provided at the meeting of creditors

[ ]    Section 3.12 (Unsecured Priority)
       _____ Missing estimated priority claims
       _____ Domestic support checklist to be provided pursuant to General Order 34

[ ]    Section 3.13 (unsecured treated differently):
       _____ Treatment of such claims must be appended to the plan referencing section 3.13 of the plan
       _____ The following creditor(s) treatment unfairly discriminates other unsecured creditors:
       Section: _____ Creditor: _____

[ ] Section 3.14 (Unsecured)
\_\_\_\_ Percent plan or Pot Plan must be selected
\_\_\_\_ Estimated percentage must be reflected under "Pot Plan"

[ ] Section 4.01 – Missing _____

[ ] Section 4.02 – Missing _____

[ ] Section 7:
\_\_\_\_\_ All nonstandard provisions shall be identified by a section number beginning with section 7.01 and indicate which section of the form plan are modified by it.
\_\_\_\_\_Signatures are missing

[ ] Information on the plan, does not match/needs clarification:
\_\_\_\_ Creditor is listed in multiple sections, must select one.

[ ] Claim #\_\_\_ filed by \_\_\_\_- not provided for and/or classification of claim is different than scheduled and/or filed for higher than scheduled.

## MISC DOCUMENTS

[ ] Copy of most recent filed IRS tax return to trustee's office 7 days before 341.
Send 1st two pages of 1040 & schedule C (if applies) with all SSN's redacted including dependents' names and SSN's (if applies).

[ ] Payment advices/paystubs and/or Certification pursuant to General Order 32 (from 60 days prior to filing) to be provided to trustee's office 7 days before 341.

NOTE: PLEASE DO NOT FILE <u>TAXES</u> OR <u>PAYMENT ADVICES</u> WITH COURT.
THEY ARE TO BE SENT IN THE FOLLOWING FORMATS:
- Via mail - Po Box 5004 Hayward Ca 94540
- Drop off – 22320 Foothill Blvd #150 Hayward Ca 94541
- FTP site (Contact the Trustee's office for instructions)
- Encrypted file via email 13TRUSTEE@OAK13.COM only if properly encrypted, with the proper access information provided to the Trustee's office. Taxes and payment advices must be attached as separate PDF attachments with social security numbers redacted. If the email is not encrypted they will not be accepted.

[ ] Certificate of credit counseling and/or declaration of exigent circumstances re: credit counseling to be filed.

[XX] Statement by debtor not represented by an attorney to be provided (see attached)

## MEANS TEST (Form 122C-1/ Form 122c-2)

[]    Payment of $ with % to unsecured creditors is needed to pay in disposable monthly income of $

[]    Per means test, commitment period of 60 months is needed for plan.

[]    Business expenses need to be moved from form 122C-1, line 5 to form 122C-2, line 43.

[]    Deduction on # needs a supporting declaration.

[]    Deduction on # does not match the current expenses of the debtor, per the schedule J.

[]    Incorrect information on means test Line#

[]    Declaration is necessary to explain the difference between the Means Test Income of $_____ and the Schedule I income of $_____.

[]    Chapter 13 statement of current monthly income & calculation of commitment period to be filed

### SCHEDULES:

[]    **Voluntary Petition (Form 101)**: Part __ # ___:

[XX]   **Summary of Your Assets/ Liabilities/ Certain Statistical information (Form 106Sum)**: #1A
       MISSING PRPERTY VALUE

[XX]   **Schedules A/B (Form 106A/B):**

  - #1.1 FILE A DECLARATION EXPLAINING WHY THE VALUE OF THE PROPERTY $435,128 DIFFERS FROM THE VALUE OF THE PORTION YOU OWN $0
  - #3.1 FILE A DECLARATION EXPLAINING WHY THE VALUE OF THE PROPERTY $1000 DIFFERS FROM PORTION OWNED $0
  - #3.2 FILE A DECLARATION EXPLAINING WHY THE VALUE OF THE PROPERTY $3000 DIFFERS FROM PORTION OWNED $0

[]    **Schedule C (Form 106C):**
       Part __ # ___:

[]    **Schedule D – Secured Creditors (Form 106D):** Part __ # ___:

[]    **Schedule E/F- Unsecured creditors (Form 106E/F):** Part __ # ___:
       ____ must reflect domestic support obligation information for the holder of the claim.
       (Only if there is a court ordered for the support)

[]    **Schedule G – Executory Contracts (Form 106G):** Part __ # ___:

[ ]     **Schedule H – Co-Debtors (Form 106H):** Part __ # ___:

[ ]     **Schedule I – Income (Form 106I):**
    ____ Part __ # ___:
    ____ must reflect complete employer address/information for debtor.
    ____ Line 8a requires supporting statement that reflects gross receipts, ordinary and Necessary business/rental expenses, and total monthly net income.
    ____ Declaration of outside party to support plan to be filed re: _____
(Including: Name of person giving the support, source of the support, amount of the support & the duration of the support)

[XX]    **Schedule J - Expenses**
    [ ] **(Form 106J):**
       __XX_ NO MORTGAGE/RENT EXPENSE LISTED PLEASE CLARIFY OR AMEND TO LIST
       ____ Expenses exceed Income
       ____ Proposed payment exceeds excess income
       ____ Auto insurance not provided for
       ____ Not all excess income is being paid into the plan $____ after expenses & proposed $___ plan payment
    [ ] **(Form 106J-2):** Part __ # ___:

[ ]     **Statement of Financial Affairs (Form 107):**
    ___ Information incomplete Part __ # ___:
    ___ Part __ # ___ Missing

**ATTORNEY FEES**
[ ]    Rights and Responsibilities form is not filed and/or on incorrect form [Form was updated 2/1/18]
[ ]    Attorney fee disclosure form is not filed and/or on incorrect form
    Note: fees will not be paid unless above forms are filed on the correct form

**MORTGAGE MODIFICATION MEDIATION (MMM):**
[ ]    Motion for referral of case to the MMM program needs to be filed and ordered

**OTHER:**
[ ]    Motion to dismiss:

[ ]    Proof of loan modification application and mortgage payments to be provided

***Note: If you have questions regarding the above information, please contact the Trustee's office by phone (510) 266-5580 or send an email:**
RLE - Susie Valdivia at svaldivia@oak13.com
CN - Rammet Munoz at rmunoz@oak13.com
WJL – Carolina Urbina at curbina@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Bankruptcy Case
  ) No.
  )
Debtor(s) )

## STATEMENT RE PAYMENT ADVICES

☐ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date:_____        _____
                    Signature of Debtor

Date:_____        _____
                    Signature of Joint Debtor

Date:_____        _____
                    Signature of Attorney

```
DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as
defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the
debtor with a copy of this document and the notices and information required under 11 U.S.C. §§
110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11
U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I
have given the debtor notice of the maximum amount before preparing any document for filing for a
debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                (Required by 11 U.S.C. § 110)
If the bankruptcy petition preparer is not an individual, state the name, title (if any),
address, and social security number of the officer, principal, responsible person, or partner who
signs this document.


_____
_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing
this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the
appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the
Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §
110; 18 U.S.C. § 156.
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Please Print Your Name**

In re: _____

Debtor(s).

Case No. _____
Chapter _____

## STATEMENT BY DEBTOR NOT REPRESENTED BY AN ATTORNEY
(All debtors who are not represented by bankruptcy counsel must check the appropriate box and provide all information requested.)

1. How did you get the bankruptcy forms? _____
   If from the Internet, what is the web address? _____

2. How did you decide what exemptions to list on your schedule C? _____

3. What individual, business or internet site ("Preparer") helped you decide to file bankruptcy **OR** prepare your bankruptcy papers?
   Name: _____
   Address: _____
   City, State & Zip Code: _____
   Telephone Number: _____
   E-mail address: _____ Website: _____

4. How did you find this preparer? _____

5. How much did you pay the preparer? _____ ☐ cash ☐ check ☐ money order ☐ other:

6. Did you also pay an attorney who worked with the preparer? If yes, how much? $ _____
   ☐ cash ☐ check ☐ money order ☐ other: _____
   What was the attorney's name? _____

7. In addition to the payments in 5 and 6, did you make any other payments? ☐ Yes ☐ No If yes, how much? $_____ ☐ cash ☐ check ☐ money order ☐ other: _____
   To whom? _____ What for? (e.g. court filing fees) _____

8. The preparer helped me by doing the following: **(Check all that apply)**
   ☐ Calling creditors on my behalf.
   ☐ Typing my bankruptcy papers.
   ☐ Advising me whether to file for bankruptcy.
   ☐ Advising me what information to put in my Schedule C.
   ☐ Advising me how to answer questions at meetings or hearings.
   ☐ Other: _____

9. Did the preparer instruct you to state that you had not been helped? ☐ Yes ☐ No

10. The preparer ☐ did ☐ did not give me a copy of my bankruptcy papers when **OR** before I signed them.

11. Where and when can you be reached if necessary?
    Tel. No.: (___)_____; best time: _____ Tel. No.: (___)_____; best time: _____

**I declare under penalty of perjury that the foregoing is true and correct:**

Date _____ Debtor _____ Date _____ Co-Debtor _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                            Chapter 13
                                                  Case No.

                                                  NOTICE OF OPPORTUNITY FOR HEARING;
Debtor(s)_____/

      NOTICE IS HEREBY GIVEN that the Debtor(s) have filed a Chapter 13 Plan. Pursuant to Bankruptcy Local Rule 3015-1(b) any objection, must be filed with the Clerk of the U.S. Bankruptcy Court, and served on the Debtor(s') attorney and the Chapter 13 Trustee, within twenty eight (28) days of mailing of the notice; objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; if there is not a timely objection, the Court may enter an order confirming the plan; If a timely objection is made, a hearing will be noticed and served on parties.

Dated: _____        _____
                                       [Name]

\*
\*
\*
\*
\*
{Attorney for Debtor}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Chapter
                                                    Case No.

CERTIFICATE OF SERVICE

Debtor(s)_____/

    On _____, I served the within _____
_____[document] by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at _____ [city], California, to all parties entitled to receive regularly mailed notices, addressed as follows:

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

    I declare, under penalty of perjury, that the foregoing is true and correct. Executed on _____ at _____ [city], California.

Dated: _____        _____