UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 0 5 2018
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

**Please Print Your Name**

In re: Dale Norman Harms

Debtor(s).

Case No. 18-40758
Chapter 13

**STATEMENT BY DEBTOR NOT REPRESENTED BY AN ATTORNEY**
(All debtors who are not represented by bankruptcy counsel must check the appropriate box and provide all information requested.)

1. How did you get the bankruptcy forms? Internet
   If from the Internet, what is the web address? www.uscourts.gov/forms/bankruptcy-forms

2. How did you decide what exemptions to list on your schedule C? California exemption codes

3. What individual, business or internet site ("Preparer") helped you decide to file bankruptcy OR prepare your bankruptcy papers?
   Name: N/A
   Address: N/A
   City, State & Zip Code: N/A
   Telephone Number:
   E-mail address: _____ Website: _____

4. How did you find this preparer? N/A

5. How much did you pay the preparer? N/A ☐ cash ☐ check ☐ money order ☐ other:

6. Did you also pay an attorney who worked with the preparer? If yes, how much? $ N/A
   ☐ cash ☐ check ☐ money order ☐ other: _____
   What was the attorney's name? _____

7. In addition to the payments in 5 and 6, did you make any other payments? ☐ Yes ☐ No If yes, how much? $_____ ☐ cash ☐ check ☐ money order ☐ other: N/A
   To whom? _____ What for? (e.g. court filing fees) _____

8. The preparer helped me by doing the following: **(Check all that apply)**
   ☐ Calling creditors on my behalf.
   ☐ Typing my bankruptcy papers.
   ☐ Advising me whether to file for bankruptcy.
   ☐ Advising me what information to put in my Schedule C.
   ☐ Advising me how to answer questions at meetings or hearings.
   ☐ Other: _____

9. Did the preparer instruct you to state that you had not been helped? ☐ Yes ☐ No N/A

10. The preparer ☐ did ☐ did not give me a copy of my bankruptcy papers when OR before I signed them.

11. Where and when can you be reached if necessary?
    Tel. No.: (925) 785-0389 ; best time: 12pm Tel. No.: ( ) _____ ; best time: _____

I declare under penalty of perjury that the foregoing is true and correct:

Date 6/1/18   Debtor Dale Norman Harms   Date _____ Co-Debtor _____