Dale Norman Harms, *Pro Se*
2063 Main Street, Suite 282
Oakley, California 94561
Ph: 925-785-0389
Fax: 925-627-0457

FILED
JUN 0 5 2018
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DALE NORMAN HARMS,

    Debtor.

) Case No.: 18-40758
)
) Declaration as Requested by the Chapter 13
) Trustee pursuant to Docket Number 20; Notice
) Regarding Trustees Initial Report of
) Deficiencies & Requested Corrections
)

**Declaration as Requested by the Chapter 13 Trustee pursuant to Docket Number 20;**

**Notice Regarding Trustees Initial Report of Deficiencies & Requested Corrections**

I, Dale Norman Harms, being first duly sworn to oath, do hereby declare as follows:

1. I am over the age of 18 years, and qualified to make this Declaration.
2. I represent the Debtor in *pro se* in Case Number 18-40758 CN 13, hereinafter ("I") or ("undersigned Declarant") or ("Declarant").
3. I am a living breathing man with an eternal soul created in the image of Elohiym.[1]
4. I was created and formed by Elohiym in his image.
5. I am standing on the dry soil of the land mass known as North America, on the state of California, one of the union states of The United States of America.
6. The undersigned Declarant declares that all the facts herein are true, correct, complete, and not misleading, to the best of undersigned Declarant's knowledge and belief, and are admissible as evidence, and if called upon as a witness, the undersigned Declarant will testify to their veracity.

---

[1] God, especially as used in the Hebrew text of the Old Testament; the God of Abraham, Issac, and Jacob; the Creator of all living things. Genesis 1:26-31

Declaration as Requested by the Chapter 13 Trustee pursuant to Docket Number 20;
Notice Regarding Trustees Initial Report of Deficiencies & Requested Corrections - 1

Case: 18-40758   Doc# 22   Filed: 06/05/18   Entered: 06/06/18 15:53:51   Page 1 of 3

7. The undersigned Declarant declares that Official Form 106Sum is not missing any property value as the form instructs you to Copy line 55, Total real estate, from Schedule A/B, to line 1a of Form 106Sum.

8. Line 55 from Schedule A/B is zero. Schedule A/B is filled out correctly, and has no errors.

9. The undersigned Declarant declares that the reason the value of the property $435,128 differs from the value of the portion the Debtor owns $0.00 on Schedule A/B line 1.1, is because the form asks if "*you own **or have any legal** or equitable interest in any residence, building, land, or similar property?*"

10. Declarant does not own, or have any ownership interest in the property listed in Part 1, line 1.1 of Schedule A/B, but, he does have a legal interest, as holding legal title as Trustee of the Trust that owns the property 100%.

11. Declarant is a Co-Trustee for the Trust that owns, and has 100% Ownership interest in the property. Declarant only has legal title, and is not the owner.

12. The Resting Place Eleemosynary Trust is the Owner; with 100% Ownership interest of the property listed in Part 1, line 1.1 of Schedule A/B.

13. The undersigned Declarant declares that the reason the value of the property $1,000 differs from the value of the portion the Debtor owns $0.00 on Schedule A/B line 3.1, is because the form asks if "*you own, lease, **or have legal** or equitable interest in any vehicles, **whether they are registered or not**?*"

14. Declarant does not own, or have any ownership interest in the vehicle listed in Part 2, line 3.1 of Schedule A/B, but, he does have a legal interest, as holding legal title as Trustee of the Trust that owns the property 100%.

15. Declarant is a Co-Trustee for the Trust that owns, and has 100% Ownership interest in the vehicle listed in Part 2, line 3.1 of Schedule A/B. Declarant only has legal title, and is not the owner.

16. The Resting Place Eleemosynary Trust is the Owner; with 100% Ownership interest of the vehicle listed in Part 2, line 3.1 of Schedule A/B.

Declaration as Requested by the Chapter 13 Trustee pursuant to Docket Number 20;
Notice Regarding Trustees Initial Report of Deficiencies & Requested Corrections - 2

Case: 18-40758    Doc# 22    Filed: 06/05/18    Entered: 06/06/18 15:53:51    Page 2 of 3

17. The undersigned Declarant declares that the reason the value of the property $3,000 differs from the value of the portion the Debtor owns $0.00 on Schedule A/B line 3.2, is because the form asks if *"you own, lease, **or have legal** or equitable interest in any vehicles, **whether they are registered or not**?"*

18. Declarant does not own, or have any ownership interest in the vehicle listed in Part 2, line 3.2 of Schedule A/B, but, he does have a legal interest, as holding legal title as Trustee of the Trust that Owns the property 100%.

19. Declarant is a Co-Trustee for the Trust that owns, and has 100% Ownership interest in the vehicle listed in Part 2, line 3.2 of Schedule A/B. Declarant only has legal title, and is not the owner.

20. The Resting Place Eleemosynary Trust is the Owner; with 100% Ownership interest of the vehicle listed in Part 2, line 3.2 of Schedule A/B.

21. The undersigned Declarant declares that Official Form 106J is filled out correctly and is not missing any information in Part 2, line 4.

22. The undersigned Declarant declares that the reason the amount for Part 2, line 4 of Form 106J is $0.00, is because the Debtor exchanges his labor and expense of maintenance and upkeep of the Trust property, along with his services of being the Trustee, for residing in the Trust property. Therefore Debtor does not pay any set dollar amount for any rent for shelter, which makes Part 2, line 4 of Form 106J $0.00.

I, Dale Norman Harms, the undersigned Declarant, with God as my witness, declare, under the penalty of perjury, under the laws of the United States of America, and the State of California that the foregoing is true and correct.
Dated this 2nd day of June, 2018; all rights and remedies reserved.
As my word is my bond; duly tendered in honor:

*Dale Norman Harms*

Declarant
2063 Main Street, Suite 282
City of Oakley, union state of California