UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Dale Norman Harms

Chapter 13
Case No. 18-40758

NOTICE OF OPPORTUNITY FOR HEARING;

Debtor(s) _____ /

    NOTICE IS HEREBY GIVEN that the Debtor(s) have filed a Chapter 13 Plan. Pursuant to Bankruptcy Local Rule 3015-1(b) any objection, must be filed with the Clerk of the U.S. Bankruptcy Court, and served on the Debtor(s') attorney and the Chapter 13 Trustee, within twenty eight (28) days of mailing of the notice; objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; if there is not a timely objection, the Court may enter an order confirming the plan; If a timely objection is made, a hearing will be noticed and served on parties.

Dated: 6/2/18

_Dale Norman Harms_
[Name]

\*
\*
\*
\*
\*

{Attorney for Debtor}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Dale Norman Harms

Chapter 13
Case No. 18-40758
CERTIFICATE OF SERVICE

Debtor(s) _____/

On **June 02, 2018**, I served the within **First Amended Chapter 13 Plan** [document] by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **Oakley** [city], California, to all parties entitled to receive regularly mailed notices, addressed as follows:

JOHN MUIR HEALTH
Department 36005
PO Box 39000
San Francisco, CA 94139-0001

CBUSA
Administrative Office
P.O. BOX 942
FRESNO, CA 93714-0942

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO Box 2952
Sacramento, CA 95812-2952

BANK OF NEW YORK MELLON F/K/A BNK OF NEW YORK
AS TRSTEE FOR REG HLDERS OF ALT LN TRST 2005-27
MRT PSS-THRGH CERT SRES 2005-27
101 BARCLAY ST - 8W
NEW YORK, NY 10286

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on **6/02/2018** at **Oakley** [city], California.

Dated: **6/2/18**            *Dale Norman Harms*