Dale Norman Harms, *Pro Se*
2063 Main Street, Suite 282
Oakley, California 94561
Ph: 925-785-0389
Fax: 925-627-0457

For Debtor(s)



FILED
JUN 27 2018
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>DALE NORMAN HARMS,<br><br>      Debtor(s) | Case No.: 18-40758-CN 13<br><br>**DEBTOR'S NOTICE OF OBJECTION AND OPPORTUNITY FOR HEARING, AND OBJECTION TO CLAIM 2-1**<br><br>(Filed concurrently with Memorandum in Support of Objection to Claim 2-1)<br><br>Judge: Charles Novack<br>Date: 08/10/2018<br>Time: 11:00 AM<br>Place: Courtroom 215 |
|---|---|

### DEBTOR'S NOTICE OF OBJECTION AND OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN that Debtor has filed an Objection to Claim 2-1 pursuant to FRBP Rule 3007. Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing the notice; Any response or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely response to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely response or request for hearing, the tentative hearing date, location, and time are: August 10, 2018, 1300 Clay Street, 2nd Floor, Courtroom 215, Oakland, CA 94612, at 11:00 AM.

Respectfully submitted,

Dated June 25, 2016            By: *Dale Norman Harms*

                                                             Dale Norman Harms, for Debtor

## DEBTOR'S OBJECTION TO CLAIM 2-1

COMES NOW, Dale Norman Harms, and files this Objection to Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27'S PROOF OF CLAIM as filed by the alleged Creditor on June 11, 2018, as claim number 2-1[1], and states the following:

A security interest in a property the DEBTOR has legal title to is claimed, however, the proof of claim is not accompanied by evidence that the CREDITOR has authority to bring the claim, has standing or that the security interest has been perfected as required under F.R.B.P. Rule 3001 (d) and is facially defective and does not constitute prima facie validity of the claim.

The proof of claim does not set forth the CREDITOR'S claim with proper specificity, pursuant to F.R.B.P. Rule 3001 (a) & (c).

WHEREFORE, the DEBTOR Objects to claim number 2-1 as filed by the CREDITOR and respectfully requests this Court enter an Order requiring the Claimant to file an amended claim to correct the defect within thirty (30) days, and if not corrected, upon expiration of that time, the claim is disallowed in its entirety.

Respectfully submitted,

Dated June 25, 2016

By: _Dale Norman Harms_

Dale Norman Harms, for Debtor

---

[1] DEBTOR was discharged from this alleged debt with no valid surviving lien on 1/12/2016