Dale Norman Harms, *Pro Se*
2063 Main Street, Suite 282
Oakley, California 94561
Ph: 925-785-0389
Fax: 925-627-0457



FILED
JUN 2 7 2018
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DALE NORMAN HARMS,

    Debtor(s)

Case No.: 18-40758-CN 13

CERTIFICATE OF SERVICE

### Certificate of Service

On June 25, 2018, I served the within DEBTOR'S NOTICE OF OBJECTION AND OPPRUTINITY FOR HEARING, DEBTOR'S OBJECTION TO CLAIM 2-1, and MEMORANDUM IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM 2-1 by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakley, California, to all parties entitled to receive notice, addressed as follows:

**Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville SC 29603-0826**

    If Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above named documents.

    I declare under penalty of perjury that the foregoing is true and correct; executed on June 00, 2018, at Oakley, California.

Dated June 25, 2016                By: _____
                                                       Dale Norman Harms, for Debtor