ZIEVE, BRODNAX & STEELE, LLP
Erin M. McCartney, Bar No. 308803
Mark S. Krause, Bar No. 302732
30 Corporate Park, Suite 450
Irvine, CA 92606
(714) 848-7920 / FAX (714) 908-2615
Email: bankruptcy@zbslaw.com

Attorneys for Secured Creditor, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DALE NORMAN HARMS,<br><br>Debtor. | Case No.: 18-40758<br><br>Chapter 13<br><br>**SECURED CREDITOR'S OBJECTIONS TO DEBTOR'S AMENDED CHAPTER 13 PLAN**<br><br>**Confirmation Hearing**:<br>Date: TBD<br>Time: TBD<br>Crtrm.: 215<br>Location: United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612<br><br>Honorable Charles Novack |

**TO THE HONORABLE CHARLES NOVACK, DEBTOR, THE CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 ("Secured Creditor") hereby submits that following Objection to Confirmation of the Amended Chapter 13 Plan filed by Debtor, Dale Norman Harms ("Debtor").

Secured Creditor is the holder of the first Deed of Trust on Debtor's real property located at **930 West Cypress Road, Oakley, California 94561**.

1

## REQUEST FOR JUDICIAL NOTICE

Secured Creditor, requests that in connection with the Objection to Confirmation of Debtor's Amended Chapter 13 Plan, this Court take judicial notice, pursuant to Rule 201 and 902(4) of the Federal Rules of Evidence, which is applicable to bankruptcy proceedings pursuant to Federal Rule Bankruptcy Procedure 9017, of the following document:

1. Filed Proof of Claim, **Exhibit "1"**;
2. Chapter 13 Plan, **Exhibit "2"** ; and
3. Debtor's Schedules I&J, **Exhibit "3"**

## DEBTOR'S AMENDED CHAPTER 13 PLAN FAILS TO DISCLOSE SECURED CREDITOR'S COLLATERAL

Debtor's amended plan fails to disclose the existence of Secured Creditor's collateral. As of April 2, 2018, the date that the instant bankruptcy was filed, the arrearage amount was $198,929.29 as set forth in Secured Creditor's Proof of Claim, *claim no. 2-1*. This amount represents monthly payments and late charges, advances for taxes and insurance, if any, and foreclosure costs and attorney's fees incurred with respect to the default.

## DEBTOR'S INABILITY TO FUND A FEASIBLE AMENDED PLAN

In order to obtain confirmation in a Chapter 13 Debtor must demonstrate to the Court that the Amended Plan as proposed in feasible, meaning that the Debtor has not only the present ability but the future ability to comply with the proposed amended plan. *In re Hockaday*, 3 B.R. 254,255 (Bankr. S.D. Cal. 1980). In order to ensure that this important element is met, a thorough review of the financial picture is required. Id.

Schedule "I" indicates that Debtor's average monthly income is $2,492.00 *(see **Exhibit "3"**)*. Schedule "J" indicates that Debtor's average monthly expenses are $881.00 with very minimal expenses listed, thereby leaving a monthly net disposable income of $1,611.00 to go towards the Amended Plan, *(See **Exhibit "2"**)*. Debtor's Amended Plan calls for monthly plan payments in the amount of $150.00. Debtor's Schedule "J" reflects a very stringent budget for anything beyond scheduled expenses and therefore places the Debtor at a high risk of default under the Amended Plan which is set at the minimal amount 60 months. To provide for all of Secured Creditor's pre-petition arrears over 60 months, Debtor would need to increase his monthly plan

2

payment by $3,315.49 per month. Therefore, the Debtor does not have the ability to fund the Amended Plan and as such, the Amended Plan is infeasible.

## **CONCLUSION**

The Amended Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the objection specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Amended Chapter 13 Plan proposed by Debtor be denied.

WHEREFORE, Secured Creditor prays:

1. That Confirmation of Debtor's Amended Chapter 13 Plan be denied;
2. For such further relief as the Court deems appropriate.

ZIEVE, BRODNAX, & STEELE, LLP

Dated: 06/28/2018    By: */s/ Mark S. Krause*
                                  Erin M. McCartney, Esq.
                                  Mark S. Krause, Esq.
                                  Attorneys for Secured Creditor

3

Case: 18-40758    Doc# 29    Filed: 06/28/18    Entered: 06/28/18 12:41:55    Page 3 of 3
Objection to Confirmation of Debtor's Amended Chapter 13 Plan