1  ZIEVE, BRODNAX & STEELE, LLP
   Erin M. McCartney, Esq. #308803
2  Mark S. Krause, Esq. #302732
   30 Corporate Park, Suite 450
3  Irvine, CA 92606
   Phone:         714-848-7920
4  Facsimile:     714-908-7807
5  Email:         bankruptcy@zbslaw.com

6
   Counsel for Secured Creditor, THE BANK OF NEW YORK MELLON FKA THE BANK OF
7  NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT,INC.
   ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES
8  SERIES 2005-27

9

10              UNITED STATES BANKRUPTCY COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14

15  In re:                                    Case No.: 18-40758

16  Dale Norman Harms,

17                    Debtor.                  Chapter: 13

18

19                                            **CERTIFICATE OF SERVICE**

20

21

22

23            STATE OF CALIFORNIA, COUNTY OF ORANGE

24
       I, **Michele Dapello**, certify that I am a resident of Orange County, California.  I am over
25
   the age of 18 years and am not a party to the within action.  My business address is 30 Corporate
26
   Park, Suite 450, Irvine, CA 92606.
27

28

                                      1

1  On **June 28, 2018**, I served the within **OBJECTION TO CONFIRMATION OF**

2  **DEBTOR'S AMENDED CHAPTER 13 PLAN** on all interested parties in this proceeding by

3  placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the

4  United States Mail at Irvine, California, addressed as follows:

5  **Dale Norman Harms**
   2063 Main Street, Suite 282

6  Oakley, CA 94561

7  **Dale Norman Harms**
   930 West Cypress Road

8  Oakley, CA 94561

9  **Laurie Harms**

10  930 West Cypress Road
   Oakley, CA 94561

11

12  In addition to any paper copies served by U.S. Mail, registered ECF participants, including

13  parties who have requested Special Notice in this case, will receive an electronic copy of the

14  foregoing document when it has been filed with the Court.

15  Martha G. Bronitsky, 13trustee@oak13.com

16  Office of the U.S. Trustee/Oak, ustpregion17.oa.ecf@usdoj.gov

17

18  I certify under penalty of perjury the foregoing is true and correct.

19  Executed on **June 28, 2018**, at Irvine, California.

20

21  /s/ Michele Dapello
   **Michele Dapello**

22

23

24

25

26

27

28

2

Case: 18-40758   Doc# 29-4   Filed: 06/28/18   Entered: 06/28/18 12:41:55   Page 2 of 2