Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Dale Norman Harms | Chapter 13 Case Number: 18-40758-CN 13 |
| Debtors(s) | |

NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on August 28, 2018 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California.

Date: July 02, 2018

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

In Re
    Dale Norman Harms

Chapter 13 Case Number:
18-40758-CN 13

Debtors(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

July 02, 2018

/s/Rammet Munoz Rubio

Rammet Munoz Rubio

Pro Per

Dale Norman Harms
2063 Main Street #282
Oakley,CA 94561

(Counsel for Debtor)

(Debtor(s))

| | |
|---|---|
| Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>P.O. Box 41021<br>Norfolk, VA  23541<br>(Creditor) | Shellpoint Mortgage Servicing<br>75 Beattie Place #300<br>Greenville, SC  29601<br>(Creditor) |
| Cbusa<br>Administrative Office<br>P.O. Box 942<br>Fresno, CA  937140942<br>(Creditor) | Bank Of New York Mellon<br>200 Park Ave #54<br>New York, NY  10166<br>(Creditor) |
| Bank Of America<br>Po Box 942019<br>Simi Valley, CA  930942019<br>(Creditor) | Shellpoint Mortgage Servicing<br>Po Box 10826<br>Greenville, SC  29603<br>(Creditor) |
| Select Portfolio Servicing Inc<br>3815 S West Temple<br>Salt Lake City, UT  84115<br>(Creditor) | Bank Of Ny Mellon F/K/A Bnk Of Ny As Trstee<br>For Reg Hlders Of Alt Ln Trst 2005-27<br>Mrt Pss-Thrgh Cert Sres 2005-27<br>101 Barclay St  8W<br>New York, NY  10286<br>(Creditor) |

| | |
|---|---|
| 1 | Franchise Tax Board |
| | Po Box 2952 |
| 2 | Sacramento, CA  958122952 |
| | (Creditor) |
| 3 | |
| 4 | John Muir Health |
| | Department 36005 |
| 5 | Po Box 39000 |
| | San Francisco, CA  941390001 |
| 6 | (Creditor) |
| 7 | Bay Imaging Consultants Medical Group |
| | 2125 Oak Grove Rd #200 |
| 8 | Walnut Creek, CA  94598 |
| | (Creditor) |
| 9 | |
| 10 | Creditors Bureau Usa |
| | Po Box 942 |
| 11 | Fresno, CA  93714 |
| | (Creditor) |
| 12 | |