Dale Norman Harms, *Pro Se*
2063 Main Street, Suite 282
Oakley, California 94561
Ph: 925-785-0389
Fax: 925-627-0457

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DALE NORMAN HARMS,

    Debtor(s)

Case No.: 18-40758-CN 13

CERTIFICATE OF SERVICE

## Certificate of Service

On June 28, 2018, I served the within Filed on 06/27/2018 as DOC# 26 DEBTOR'S NOTICE OF OBJECTION AND OPPORTUNITY FOR HEARING, AND OBJECTION TO CLAIM 2-1, and AMENDED MEMORANDUM IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM 2-1 by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakley, California, to all parties entitled to receive notice, addressed as follows:

**ZIEVE, BRODNAX & STEELE, LLP**
**Erin M. McCartney, Bar No. 308803**
**Mark S. Krause, Bar No. 302732**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**

If Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above named documents.

I declare under penalty of perjury that the foregoing is true and correct; executed on June 28, 2018, at Oakley, California.

Dated June 28, 2016

By: *Dale Norman Harms*

Dale Norman Harms, for Debtor