Dale Norman Harms, *Pro Se*
2063 Main Street, Suite 282
Oakley, California 94561
Ph: 925-785-0389
Fax: 925-627-0457

For Debtor(s)



# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

DALE NORMAN HARMS,

    Debtor(s)

Case No.: 18-40758-CN 13

**NOTICE OF HEARING**

Judge: Charles Novack
Date: 08/10/2018
Time: 11:00 AM
Place: Courtroom 215

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that since there was a timely Opposition filed by the affected party in the matter of the Debtor's Objection to Claim 2-1 filed on 06/27/2018 as DOC #26, the tentative hearing set for 08/10/2018, at 11:00 AM, in Courtroom 215, at 1300 Clay Street, 2nd Floor, Oakland, CA 94612, will now be conducted as an actual hearing.

Pursuant to B.L.R. 3007-1 (b) there is a factual dispute involved, therefore the initial hearing shall be deemed a status conference at which the Court will not receive evidence.

Respectfully submitted,

Dated July 27, 2018     By: _/s/ Dale Norman Harms_

                                                  Dale Norman Harms, for Debtor