Dale Norman Harms, *Pro Se*
2063 Main Street, Suite 282
Oakley, California 94561
Ph: 925-785-0389
Fax: 925-627-0457

FILED 4:16 pm
JUL 3 0 2018
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DALE NORMAN HARMS,

    Debtor(s)

Case No.: 18-40758-CN 13

CERTIFICATE OF SERVICE

## Certificate of Service

On July 27, 2018, I served the within **NOTICE OF HEARING** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakley, California, to all parties entitled to receive notice, addressed as follows:

**Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville SC 29603-0826**

**ZIEVE, BRODNAX & STEELE, LLP**
**Erin M. McCartney, Bar No. 308803**
**Mark S. Krause, Bar No. 302732**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**

If Chapter 13 Trustee or U.S. Trustee is otherwise entitled to notice, he/she will receive such notice upon the electronic filing of the above named documents.

I declare under penalty of perjury that the foregoing is true and correct; executed on July 27, 2018, at Oakley, California.

Dated July 27, 2018    By: /s/ Dale Norman Harms

                                                    Dale Norman Harms, for Debtor

CERTIFICATE OF SERVICE - 1