ZIEVE, BRODNAX & STEELE, LLP
Erin M. McCartney, Bar No. 308803
Mark S. Krause, Bar No. 302732
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 908-7807
Email: bankruptcy@zbslaw.com

Attorneys for Secured Creditor, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Dale Norman Harms,<br><br>               Debtor. | Case No.: 18-40758<br><br>Chapter 13<br><br>**STATUS REPORT RE: OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**<br><br><u>**Confirmation H**earing</u>:<br>Date:  August 28, 2018<br>Time:  1:30 p.m.<br>Place:  Courtroom 215<br>      U.S. Bankruptcy Court<br>      1300 Clay Street<br>      Oakland, CA |

On or about April 2, 2018, Debtor filed a voluntary petition (Pro Se) under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California.

On June 5, 2018, Debtor filed an Amended Plan (the "Plan") which failed to disclose Secured Creditor's collateral and failed to meet the feasibility requirement for a Chapter 13 Plan.

1

1

Secured Creditor filed an Objection to Confirmation of First Amended Chapter 13 Plan

2

("Objection") on June 28, 2018. Debtor filed a response to Secured Creditor's Objection on July

3

2, 2018, alleging, amongst other things, that Debtor's discharge in a prior Chapter 7 bankruptcy

4

case voided Secured Creditor's lien on the property.

5

Debtor also filed an objection to Secured Creditor's Claim No. 2-1 on June 27, 2018. On

6

August 13, 2018, the court heard oral argument on the matter and decided to continue the hearing

7

to September 21, 2018 at 11:00 a.m.

8

On August 14, 2018, Counsel for Secured Creditor and Debtor met and conferred

9

telephonically to discuss the Objection. The discussions were not productive as Debtor continued

10

to insist that the lien on his property was invalid, and additionally, that Secured Creditor was

11

required to provide him with the Original Note. Secured Creditor believes that the hearing on its

12

Objection will likely need to be continued pending the resolution of Debtor's Objection to Secured

13

Creditor's Claim.

14

15

16

17

18    Dated: August 21, 2018                    Zieve, Brodnax & Steele, LLP

19

20                                              /s/ Mark S. Krause
                                                Mark S. Krause, Esq.
21                                              Erin M. McCartney, Esq.
                                                Attorney for Secured Creditor

22

23

24

25

26

27

28

2

<u>**CERTIFICATE SERVICE**</u>

I, **Michele Dapello**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 30 Corporate Park, Suite 450, Irvine, CA 92606.

On **August 22, 2018**, I served the within **STATUS REPORT RE: OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Irvine, California, addressed as follows:

| | |
|---|---|
| <u>**DEBTOR:**</u> | <u>**DEBTOR:**</u> |
| Dale Norman Harms | Dale Norman Harms |
| 2063 Main Street | 930 West Cypress Road |
| Suite 282 | Oakley, CA 94561 |
| Oakley, CA 94561 | |

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

<u>**CHAPTER 13 TRUSTEE:**</u>
Martha G. Bronitsky, 13trustee@oak13.com
<u>**OFFICE OF THE U.S. TRUSTEE:**</u>
Oakland, USTPRegion17.OA.ECF@usdoj.gov

I certify under penalty of perjury the foregoing is true and correct.

Executed on **August 21, 2018**, at Irvine, California.

/s/ Michele Dapello
**Michele Dapello**

1