UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Dale Norman Harms,

Bankruptcy No.: 18-40758
R.S. No.: MSK-1
Hearing Date: September 14, 2018
Time: 10:00 a.m.

Debtor(s)

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 4/02/2018     Chapter: 13
    Prior hearings on this obligation: None     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor ☐ or lessor ☐
    Fair market value: $ _____    Source of value: _____
    Contract Balance: $ _____    Pre-Petition Default: $ _____
    Monthly Payment: $ _____    No. of months: _____
    Insurance Advance: $ _____    Post-Petition Default: $ _____
                                            No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Single family residence, 930 WEST CYPRESS ROAD, OAKLEY, CALIFORNIA 94561

    Fair market value: $ 435,128.00    Source of value: Debtor's Schedule A/B

    If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.): First Deed of Trust

    Approx. Bal.: $ 584,848.87    Pre-Petition Default: $ 198,929.29
    As of (date): 8/15/2018    No. of months: 104
    Mo. Payment: $ 3,114.93    Post-Petition Default: $ 12,036.74
    Notice of Default (date): 2/10/14    No. of months: 4
    Notice of Trustee's Sale: 3/02/18*    Advances Senior Liens: $ _____

    *the foreclosure sale was scheduled for 4/03/18 and is now scheduled for 9/18/18.
    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 584,848.87 | $ 3,114.93 | $ 210,966.03 |
| 2nd Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $ 584,848.87 | $ 3,114.93 | $ 210,966.03 |

(D) Other pertinent information: The Movant asserts that this case was filed in bad faith and requests relief under 11 U.S.C. § 362(d)(4). The borrowers filed 4 cases since 2010. The postponed foreclosure sale is currently scheduled for September 18, 2018 but without relief the sale will once again need to be rescheduled.

                             /s/ Mark S. Krause
                                      Signature

Dated: 8/29/2018

                          Mark S. Krause
                          Print or Type Name
                          Attorney for Movant