**LANDSAFE TITLE**

RECORDING REQUESTED BY:

RECONTRUST COMPANY

**AND WHEN RECORDED MAIL DOCUMENT**

AND TAX STATEMENTS TO:

RECONTRUST COMPANY

1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

**ATTN:** Shaun Wicks
TS No.

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2010-0077103-00**

Check Number

Monday, APR 19, 2010 14:26:00
MOD    $2.00|REC    $22.00|FTC    $0.00
DAF    $5.40|REF    $0.60|RED    $2.00
ERD    $2.00|         |

Ttl Pd    $34.00          Nbr-0000450452

kat/RL/2-1

## SUBSTITUTION OF TRUSTEE AND ASSIGNMENT OF DEED OF TRUST

The undersigned MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (hereinafter referred to as Beneficiary) is the Beneficiary of that certain Deed of Trust dated 04/14/2005, executed by DALE HARMS AND LAURIE HARMS HUSBAND AND WIFE, Trustor, to AMPRO MORTGAGE CORPORATION., as Trustee, and recorded as Instrument No. 2005-0142581-00 on 04/22/2005, of Official Records in the County Recorder's Office of CONTRA COSTA County, California. NOW THEREFORE, Beneficiary hereby substitutes RECONTRUST COMPANY, N.A., WHOSE ADDRESS IS:1800 Tapo Canyon Rd., CA6-914-01-94, SIMI VALLEY, CA 93063 , as Trustee under said Deed of Trust herein referred to, in the place and stead of and with all rights, title, powers, and interest of the former trustee described above.

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, conveys and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT,INC. ALTERNATIVE LOAN TRUST 2005-27 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27 all beneficial interest under that certain Deed of Trust described above. Said described land: "As more fully described in the above referenced Deed of Trust." Together with the note or notes therein described or referred to, the money due and to become due thereon with the interest, and all rights accrued or to accrue under said Deed of Trust.

DATED: March 08, 2010

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of: **CALIFORNIA**                    )BY: _____

County of: **VENTURA**                    )

On APR 0 2 2010 before me, Ahmad Afzal, notary public, personally appeared
T.SEVILLANO

T. Sevillano, Assistant Secretary

, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Notary Public's Signature

Ahmad Afzal

AHMAD AFZAL
COMM. # 1744009
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Comm. Expires May 7, 2011

*Form subasgnmnt (01/09)*

Case: 18-40758    Doc# 44-5    Filed: 08/29/18    Entered: 08/29/18 16:44:48    Page 1 of
29

EXHIBIT 3

RECORDING REQUESTED BY
JUSTIN ASHER
AND WHEN RECORDED MAIL TO

JUSTIN ASHER, witness
4464 LONE TREE WAY, SUITE 218
ANTIOCH, CA 94531

Mail all Tax Statement to the address above



CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2011-0109265-00**
Check Number
**Wednesday, JUN 01, 2011 13:32:00**
CPY      $6.00:MOD      $2.00:REC      $12.00
FTC      $1.00:RED      $1.00:ERD      $1.00
**Ttl Pd   $23.00**          Nbr-0000930517
                              kat/R6/1-2

APN #: 035-404-014-9                    SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

Monument Preservation Fee is
The undersigned grantor(s) declare(s):
Documentary transfer tax is $0.00/Gift/1192d, THIS IS A BONAFIDE GIFT AND GRANTOR received nothing in exchange
( ) computed on full value of property conveyed, or
(x) computed on full value less value of liens and encumbrances remaining at time of sale.
( )  Unincorporated area:  (X) City of Oakley $0.00
(x) Realty not sold.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
DALE HARMS AND LAURIE HARMS HUSBAND AND WIFE

Hereby GRANT(S) to; Dale Norman Harms, a man, and Laurie Ann Lacey-Harms, a woman; who are both joined to each other in the holy bonds of matrimony.

The following described real property in the City of Oakley, County of Contra Costa, and State of California:
More Commonly Known As:
930 West Cypress Road, Oakley, California [94561]

Legal Description (Exhibit "A") attached hereto and made a part hereof;

Date: May 30, 2011                    by: Dale Norman Harms   *Dale Norman Harms*
                                      Authorized Representative for:
                                      DALE HARMS, Trustor

                        by: Laurie Ann Lacey-Harms   *Laurie Ann Lacey-Harms*
                                      Authorized Representative for:
                                      LAURIE HARMS, Co-Trustor

STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

On this 30th day of the month of May, AD 2011, before me, Justin Asher a notary public, personally appeared Dale Norman Harms, and Laurie Ann Lacey-Harms, proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons or the entity upon behalf of which the persons acted, executed the instrument. I certify under PENALTY OF PEJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature: *Justin Asher* (Seal)

JUSTIN ASHER
COMM. #1909622
NOTARY PUBLIC · CALIFORNIA
SOLANO COUNTY
My Comm. Expires Oct 21, 2014

MAIL TAX STATEMENT AS DIRECTED ABOVE

GRANT DEED

Case: 18-40758   Doc# 44-5   Filed: 08/29/18   Entered: 08/29/18 16:44:48   Page 2 of 29

 

# EXHIBIT "A"

LOT 71, AS SHOWN ON THE MAP ENTITLED, "TRACT 5327", FILED JULY 15, 1980, IN THE OFFICE OF THE COUNTY RECORDER IN AND FOR SAID COUNTY IN BOOK 241 OF MAPS, AT PAGE 37 THROUGH 41, INCLUSIVE.

EXCEPTING THEREFROM:  ALL OIL, GAS, CASINGHEAD GAS, ASPHALTUM AND OTHER HYDROCARBONS AND ALL CHEMICAL GAS, NOW OR HEREAFTER FOUND, SITUATED OR LOCATED IN ALL OR ANY PORTION OF THE LAND DESCRIBED HEREIN, BUT WITHOUT ANY RIGHT WHATSOEVER TO ENTER UPON THE SURFACE OF SAID LANDS WITHIN 500 FEET VERTICAL DISTANCE BELOW THE SURFACE THEREOF; AS RESERVED IN THE DEED EXECUTED BY JOHN A. MORI, ET AL, RECORDED JULY 5, 1978, BOOK 8910, PAGE 147, OFFICIAL RECORDS, CONTRA COSTA COUNTY.

APN # 035-404-014-9

END OF DOCUMENT

RECORDING REQUESTED BY
The Resting Place Eleemosynary Trust
**AND WHEN RECORDED MAIL TO**

The Resting Place Eleemosynary Trust
Laurie Ann Lacey-Harms, Trustee
2063 Main Street, Suite 282
Oakley, CA  94561

Mail all Tax Statement to the address above

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
**DOC- 2013-0226632-00**

Check Number
**Tuesday, SEP 17, 2013 12:43:03**
S38    $10.00 MOD     $2.00 REC    $12.00
FTC     $1.00 RED     $1.00 ERD    $1.00

Ttl Pd    $27.00    Rcpt # 0001787302
                              kat/R6/1-2

APN #: 035-404-014-9                    SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

Monument Preservation Fee is
The undersigned grantor(s) declare(s):
Documentary transfer tax is $0.00/Gift/1192d, THIS IS A BONAFIDE GIFT AND GRANTOR received nothing in exchange
( ) computed on full value of property conveyed, or
(x) computed on full value less value of liens and encumbrances remaining at time of sale.
( ) Unincorporated area:  (X) City of Oakley $0.00
(x) Realty not sold.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Dale Norman Harms, a man, and Laurie Ann Lacey-Harms, a woman

Hereby GRANT(S) to; The Resting Place Eleemosynary Trust.

The following described real property in the City of Oakley, County of Contra Costa, and State of California:
More Commonly Known As:
930 West Cypress Road, Oakley, California [94561]

Legal Description (Attachment "A") attached hereto and made a part hereof;

Date: September 15, 2013

*Dale Norman Harms*
Dale Norman Harms, a living man, Grantor

*Laurie Ann Lacey-Harms*
Laurie Ann Lacey-Harms, a living woman, Co-Grantor

STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

On this 15th day of the month of September, AD 2013, before me, Justin Asher a notary public, personally appeared Dale Norman Harms, and Laurie Ann Lacey-Harms, proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons or the entity upon behalf of which the persons acted, executed the instrument. I certify under PENALTY OF PEJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature: *Justin Asher* (Seal)

JUSTIN ASHER
COMM. #1909622
NOTARY PUBLIC · CALIFORNIA
SOLANO COUNTY
My Comm. Expires Oct 21, 2014

MAIL TAX STATEMENT AS DIRECTED ABOVE

GRANT DEED

# Land Description - Attachment "A"

**For the land commonly known as:** 930 West Cypress Road

Oakley State of California [94561]

**Legal Description** (for identification purposes only):

Lot 71, as shown on the Map entitled, "Tract 5327", filed July 15, 1980, in the Office of the County Recorder in and for said County in Book 241 of Maps, at Page 37 through 41, inclusive. EXCEPTING THEREFROM: All oil, gas, casinghead gas, asphaltum and other hydrocarbons, and all chemical gas, now or hereafter found, situated or located in all, or any portion of the land described herein, but without any right whatsoever to enter upon the surface of said lands within 500 feet vertical distance below the surface thereof, as reserved in the Deed executed by John A. Mori, et al, recorded July 5, 1978, in Book 8910, Page 147, Official Records, Contra Costa County.

**Full Description:**

| | | |
|---|---|---|
| Map Number: N/A | Book: 241 | Page Number: 37 - 41 |
| Lot Number: 71 | Block: N/A | |

Name of Subdivision: SUBDIVISION NO. 5327     THE VINEYARD NO. 4

From Subdivision Plat – Surveyors Certificate – Metes and Bounds description of Subdivision:

> SUBDIVISION NO. 5327
> THE VINEYARD NO. 4
> BEING A PORTION OF THE SOUTHEAST ONE QUARTER
> OF THE NORTHWEST ONE QUARTER OF SECTION 25,
> T.2N., R.2E., M.D.M.
> CONTRA COSTA COUNTY, CALIFORNIA
> OCTOBER, 1979

**Public Land Survey System Description:**

Section 25     Township Two North     Range Two East     Base/Meridian Mount Diablo

**Aliquot Part:** Northwest One Quarter

**Land Patent:** Document Number: 4

Accession Number and BLM Serial Number: CACAAA 034000

Document Type: Serial Patent

State: California

Issue Date: April 09, A.D. 1870

*"END OF DOC"*

# 4:10-bk-47720 | Dale Norman Harms and Laurie Ann Harms

Docket Header Last Updated: 08/15/2018 4:53 pm

DISMISSED, CLOSED

## U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 10-47720

| | |
|---|---|
| | *Date filed:* 07/08/2010 |
| *Assigned to:* Judge Randall J. Newsome | |
| Chapter 13 | *Date terminated:* 10/27/2010 |
| Voluntary | |
| Asset | *Debtor dismissed:* 10/25/2010 |
| | *Joint debtor dismissed:* 10/25/2010 |
| *Debtor disposition:* Dismissed for Failure to File Information | *341 meeting:* 09/09/2010 |
| *Joint debtor disposition:* Dismissed for Failure to File Information | |

| | | |
|---|---|---|
| **Debtor** | represented by | **Dale Norman Harms** |
| **Dale Norman Harms** | | PRO SE |
| 930 W. Cypress Rd. | | |
| Oakley, CA 94561 | | |
| CONTRA COSTA-CA | | |
| SSN / ITIN: xxx-xx-2831 | | |

| | | |
|---|---|---|
| **Joint Debtor** | represented by | **Laurie Ann Harms** |
| **Laurie Ann Harms** | | PRO SE |
| 930 W. Cypress Rd. | | |
| Oakley, CA 94561 | | |
| CONTRA COSTA-CA | | |
| SSN / ITIN: xxx-xx-6794 | | |

**Trustee**
**Martha G. Bronitsky**
P.O. Box 5004
Hayward, CA 94540
(510) 266-5580

*U.S. Trustee*

**Office of the U.S. Trustee/Oak**

Office of the U.S. Trustee

1301 Clay St. #690N

Oakland, CA 94612

(510) 637-3200

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2010 | 1 | Chapter 13 Voluntary Petition, Fee Amount $274. Filed by Dale Norman Harms , Laurie Ann Harms . Incomplete Filings due by 7/22/2010 . Section 521 Filings due by 8/23/2010 . Order Meeting of Creditors due by 8/9/2010 . Chapter 13 Plan due by 7/22/2010 . CERTIFICATES OF CREDIT COUNSELING ARE INCLUDED. (cog) (Entered: 07/08/2010)  *Update/Redact* |
| 07/08/2010 | 3 | Statement of Social Security Number. Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 07/09/2010)  *Update/Redact* |
| 07/08/2010 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 274.00 from Dale And Laurie Harms. Receipt Number 40072000. (admin) (Entered: 07/09/2010)  *Update/Redact* |
| 07/09/2010 | 2 | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 9/9/2010 at 04:00 PM Oakland U.S. Trustee Office Objection to Dischargeability due by 11/8/2010 Proofs of Claims due by 12/8/2010 (Bronitsky, Martha (harbor)) (Entered: 07/09/2010)  *Update/Redact* |
| 07/09/2010 | 4 | Order To File Required Documents and Notice Regarding Dismissal . Non-Compliance (Documents) due by 7/23/2010 Chapter 13 Plan due by 7/23/2010 (vmb) (Entered: 07/09/2010)  *Update/Redact* |
| 07/11/2010 | 5 | BNC Certificate of Mailing (RE: related document(s) 4 Order to File Missing Documents). Service Date 07/11/2010. (Admin.) (Entered: 07/11/2010)  *Update/Redact* |
| 07/15/2010 | 6 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 2 Meeting of Creditors Chapter 13). Service Date 07/15/2010. (Admin.) (Entered: 07/15/2010)  *Update/Redact* |
| 07/19/2010 | 7 | Request for Notice Filed by Creditor GE Money Bank. (Singh, Ramesh) (Entered: 07/19/2010)  *Update/Redact* |
| 07/19/2010 | 8 | Summary of Schedules , Statistical Summary of Certain Liabilities., Schedules A - J , Declaration Concerning Debtors Schedules , Statement of Financial Affairs (RE: related document(s) 4 Order to File Missing Documents). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms FORM B201 INCLUDED. THE STATISTICAL SUMMARY OF |

EXHIBIT 6

| Date Filed | # | Docket Text |
|---|---|---|
| | | CERTAIN LIABILITIES HAS A NAME THAT DOES NOT MATCH THE CASE NAME (acc) (Entered: 07/20/2010) *Update/Redact* |
| 07/19/2010 | 9 | Statement of Social Security Number. Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (acc) (Entered: 07/20/2010) *Update/Redact* |
| 07/19/2010 | 10 | Financial Management Course Certificate. Filed by Debtor Dale Norman Harms (acc) (Entered: 07/20/2010) *Update/Redact* |
| 07/19/2010 | 11 | Exhibit D. , Creditor Matrix Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms CREDITORS AMENDED. THE 26.00 FILING FEE WAS NOT PAID (acc) (Entered: 07/20/2010) *Update/Redact* |
| 07/19/2010 | 12 | Financial Management Course Certificate. Filed by Joint Debtor Laurie Ann Harms (acc) (Entered: 07/20/2010) *Update/Redact* |
| 07/19/2010 | 13 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (acc) (Entered: 07/20/2010) *Update/Redact* |
| 07/19/2010 | 14 | Statement Regarding Payment Advices Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (acc) (Entered: 07/20/2010) *Update/Redact* |
| 07/22/2010 | 15 | Request for Notice *with Proof of Service* Filed by Creditor BAC Home Loans Servicing LP (Buckley, Lawrence) (Entered: 07/22/2010) *Update/Redact* |
| 07/26/2010 | 16 | Motion to Dismiss Case *Trustees Motion and Declaration to Dismiss Proceedings and Certificate of Service* Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (harbor)) (Entered: 07/26/2010) *Update/Redact* |
| 07/27/2010 | 18 | Objection (RE: related document(s) 16 Motion to Dismiss Case). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 07/28/2010) *Update/Redact* |
| 07/27/2010 | 19 | Chapter 13 Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (RE: related document(s) 4 Order to File Missing Documents). (vmb) Modified on 7/28/2010 PLAN IS NOT IN FORMAT FOR THIS DIVISION. (vmb). (Entered: 07/28/2010) *Update/Redact* |
| 07/29/2010 | 21 | Withdrawal of Documents (RE: related document(s) 16 Motion to Dismiss Case). Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (harbor)) (Entered: 07/29/2010) *Update/Redact* |
| 07/30/2010 | 22 | Summary of Schedules , Statistical Summary of Certain Liabilities. Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 08/02/2010) |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Update/Redact |
| 07/30/2010 | **23** | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 08/02/2010) Update/Redact |
| 07/30/2010 | **24** | Chapter 13 Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms . (vmb) Modified on 8/3/2010 THE PLAN SUBMITTED IS NOT IN THE STANDARD FORMAT FOR THIS DIVISION. (vmb). (Entered: 08/02/2010) Update/Redact |
| 08/02/2010 | **26** | Chapter 13 Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms . (th) (Entered: 08/04/2010) Update/Redact |
| 08/03/2010 | **25** | Adversary case 10-04190. 14 (Recovery of money/property - other), 31 (Approval of sale of property of estate and of a co-owner - 363(h)), 71 (Injunctive relief - reinstatement of stay) Complaint by Dale Norm an Harms , Laurie Ann Harms against Bac Home Loans Servicing, LP . Fee Amount $.0. (Attachments: 1 AP Cover Sheet) (lm) (Entered: 08/03/2010) Update/Redact |
| 08/05/2010 | | Receipt of Amendment Filing Fee. Amount 26.00 from Dale Norman Harms. Receipt Number 40072490. (admin) (Entered: 08/05/2010) Update/Redact |
| 08/05/2010 | **27** | Motion to Modify Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 08/09/2010) Update/Redact |
| 08/09/2010 | **28** | Chapter 13 Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms . (vmb) (Entered: 08/09/2010) Update/Redact |
| 08/13/2010 | **30** | Chapter 13 Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms . (pw) (Entered: 08/23/2010) Update/Redact |
| 08/13/2010 | **31** | Withdrawal of Documents (RE: related document(s) 27 Motion to Modify Plan). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (pw) (Entered: 08/23/2010) Update/Redact |
| 08/20/2010 | **32** | Statement By Debtor Not Represented by an Attorney Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (pw) (Entered: 08/24/2010) Update/Redact |
| 08/23/2010 | **29** | Notice of Change of Address Filed by Creditor American InfoSource on behalf of Midland Funding, LLC. (Hogan, Blake) (Entered: 08/23/2010) Update/Redact |
| 09/07/2010 | **33** | Motion To Settle the Dispute with Facts and Law and Order for the Federal or State Controller to Settle the Alleged Debt. Filed by Joint Debtor Laurie Ann Harms (vmb) (Entered: 09/08/2010) Update/Redact |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2010 | **34** | Motion to Settle the Dispute with Facts and Law and Order for the Federal or State Controller to Settle the Alleged Debt. Filed by Debtor Dale Norman Harms (vmb) (Entered: 09/08/2010) *Update/Redact* |
| 09/08/2010 | | The trustee declares, under penalty of perjury, that the debtor(s) named above have failed to submit a copy of their federal income tax document(s) as required by 11 U.S.C. Section 521 (e)(2)(A)(i) *Martha Bronitsky.* (Bronitsky, Martha (vv)) (Entered: 09/08/2010) *Update/Redact* |
| 09/08/2010 | **36** | Order and Notice Regarding Failure of the Debtor(s) to Submit a Copy of their Federal Income Tax Return(s) to the Trustee as Required by 11 U.S.C. Section 521(e)(2)(A)(i) (admin) (Entered: 09/08/2010) *Update/Redact* |
| 09/09/2010 | **37** | Adversary case 10-04262. 21 (Validity, priority or extent of lien or other interest in property), 91 (Declaratory judgment) Complaint by Dale Norman Harms , Laurie Harms against Bac Home Loans Servicing , LP . Fee Amount $.0 (Attachments: 1 Memorandum 2 AP Cover Sheet) (lm) (Entered: 09/09/2010) *Update/Redact* |
| 09/10/2010 | | Meeting of Creditors Held. *Hearing concluded 9/09/10; Confirmation hearing set for 10/21 @ 2pm to serve the amended plan with 28 days notice and opportunity to object; Provide for mortgage payments; Expenses exceed income on schedule J; To come current with proposed plan payments; File declaration re outside support; business exam conducted.* (Bronitsky, Martha (vv)) (Entered: 09/10/2010) *Update/Redact* |
| 09/10/2010 | **38** | Notice of Hearing *Regarding Confirmation of Chapter 13 Plan with Certificate of Service* **Confirmation Hearing scheduled for 10/21/2010 at 2:00 PM at Oakland Room 220 - Newsome.** Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (harbor)) (Entered: 09/10/2010) *Update/Redact* |
| 09/11/2010 | **39** | BNC Certificate of Mailing (RE: related document(s) 36 Order and Notice Regarding Failure to Submit Tax Returns). Service Date 09/11/2010. (Admin.) (Entered: 09/11/2010) *Update/Redact* |
| 09/13/2010 | **40** | Report: *Chapter 13 Trustee Statement of Investigation* Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (harbor)) (Entered: 09/13/2010) *Update/Redact* |
| 09/14/2010 | **41** | Schedule J Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 09/15/2010) *Update/Redact* |
| 09/14/2010 | **42** | Chapter 13 Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms . (vmb) (Entered: 09/15/2010) *Update/Redact* |
| 09/15/2010 | **43** | |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Notice and Opportunity for Hearing (RE: related document(s) 42 Chapter 13 Plan Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms .). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 09/16/2010)    Update/Redact |
| 10/19/2010 | | Adversary Case Closed 4:10-ap-4190. (vmb) (Entered: 10/19/2010)    Update/Redact |
| 10/21/2010 | | Courtroom Hearing Held (RE: Notice of Hearing - related document(s) 38 ) (10/21/10 MINUTES OF PROCEEDINGS: FOR REASONS STATED ON THE RECORD CASE DISMISSED.) (dmp) (Entered: 10/22/2010)    Update/Redact |
| 10/25/2010 | 44 | Order Dismissing Case Prior to Confirmation of Plan. (vmb) (Entered: 10/26/2010)    Update/Redact |
| 10/27/2010 | | Bankruptcy Case Closed. (sb) (Entered: 10/27/2010)    Update/Redact |
| 10/28/2010 | 45 | Transfer of Claim. (#11). Transfer Agreement 3001 (e) 2 Transferor: Fia Card Services, NA As Successor In Interest to (Claim No. 11) To Candica, L.L.C.. Filed by Creditor Candica, L.L.C.. (Ralston, Richard) (Entered: 10/28/2010)    Update/Redact |
| 10/28/2010 | 46 | Motion to Reopen Chapter 13 Case . Fee Amount $235, Motion to Vacate (RE: related document(s) 44 Order to Dismiss Case) . Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 10/28/2010)    Update/Redact |
| 10/28/2010 | 47 | Memorandum of Points and Authorities in Support of (RE: related document(s) 46 Motion to Reopen Chapter 7/13 Case, Motion to Vacate). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 10/28/2010)    Update/Redact |
| 10/28/2010 | 48 | Notice of Motion Regarding (RE: related document(s) 46 Motion to Reopen Chapter 13 Case . Fee Amount $235, Motion to Vacate). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 10/28/2010)    Update/Redact |
| 10/28/2010 | 49 | Objection (RE: related document(s) 38 Notice of Hearing, Hearing Held (Courtroom)). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 10/28/2010)    Update/Redact |
| 10/28/2010 | | Receipt of Reopen Chapter 13 Filing Fee. Amount 235.00 from Dale Norman Harms. Receipt Number 40073859. (admin) (Entered: 10/28/2010)    Update/Redact |
| 10/28/2010 | 50 | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 44 Order to Dismiss Case). Service Date 10/28/2010. (Admin.) (Entered: 10/28/2010)    Update/Redact |
| 10/28/2010 | 51 | BNC Certificate of Mailing (RE: related document(s) 44 Order to Dismiss Case). Service Date 10/28/2010. (Admin.) (Entered: 10/28/2010)    Update/Redact |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2010 | **53** | Objection to Claim #13 Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms . (vmb) (Entered: 11/01/2010) Update/Redact |
| 11/01/2010 | **54** | Memorandum of Points and Authorities in Support of (RE: related document(s) 53 Objection to Claim). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 11/01/2010) Update/Redact |
| 11/01/2010 | **55** | Schedule D Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 11/01/2010) Update/Redact |
| 11/01/2010 | **56** | Certificate of Service (RE: related document(s) 46 Motion to Reopen Chapter 7/13 Case, Motion to Vacate, 47 Memo of Points & Authorities, 48 Notice). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 11/01/2010) Update/Redact |
| 11/04/2010 | **57** | Notice of Hearing (RE: related document(s) 46 Motion to Reopen Chapter 13 Case . Fee Amount $235, Motion to Vacate). Hearing scheduled for 12/9/2010 at 02:00 PM at Oakland Room 220 - Newsome. Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 11/04/2010) Update/Redact |
| 11/04/2010 | **58** | BNC Certificate of Mailing (RE: related document(s) 45 Transfer of Claim). Service Date 11/04/2010. (Admin.) (Entered: 11/04/2010) Update/Redact |
| 11/09/2010 | | Adversary Case Closed 4:10-ap-4262. (cog) (Entered: 11/09/2010) Update/Redact |
| 11/10/2010 | **59** | Schedule C Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 11/12/2010) Update/Redact |
| 11/17/2010 | **60** | Notice of Continued Hearing (RE: related document(s) 46 Motion to Reopen Chapter 13 Case . Fee Amount $235, Motion to Vacate). Hearing to be held on 1/13/2011 at 2:00 PM Oakland Room 220 - Newsome for 46, Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) Modified on 11/22/2010 DISREGARD ENTRY. ENTERED IN ERROR. SEE CORRECTED DOC. #62. (vmb). (Entered: 11/18/2010) Update/Redact |
| 11/17/2010 | **62** | Corrected Notice of Continued Hearing (RE: related document(s) 46 Motion to Reopen Chapter 13 Case . Fee Amount $235, Motion to Vacate). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 11/22/2010) Update/Redact |
| 11/19/2010 | **61** | Transcript regarding Hearing Held 10/21/10 RE: confirmation hearing. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *Palmer Reporting Services, PalmerRptg@aol.com, 800-665-6251*. Notice of Intent to Request Redaction Deadline Due By 11/29/2010 . Redaction Request Due By 12/10/2010 . Redacted |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Transcript Submission Due By 12/20/2010 . Transcript access will be restricted through 02/17/2011 . (Palmer, Susan) (Entered: 11/19/2010) _Update/Redact_ |
| 11/24/2010 | **63** | BNC Certificate of Mailing (RE: related document(s) 62 Notice). Service Date 11/24/2010. (Admin.) (Entered: 11/24/2010) _Update/Redact_ |
| 11/30/2010 | **65** | Withdrawal of Documents (RE: related document(s) 46 Motion to Reopen Chapter 7/13 Case, Motion to Vacate). Filed by Debtor Dale Norman Harms , Joint Debtor Laurie Ann Harms (vmb) (Entered: 12/02/2010) _Update/Redact_ |
| 12/01/2010 | **64** | BNC Certificate of Mailing (RE: related document(s) 61 Transcript). Service Date 12/01/2010. (Admin.) (Entered: 12/01/2010) _Update/Redact_ |
| 12/09/2010 | **66** | Chapter 13 Trustee Final Report and Account . (Bronitsky, Martha (harbor)) (Entered: 12/09/2010) _Update/Redact_ |
| 12/13/2010 | **67** | Order Discharging Chapter 13 Trustee. (vmb) (Entered: 12/13/2010) _Update/Redact_ |
| 12/15/2010 | **68** | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 67 Order Discharging Chapter Trustee). Service Date 12/15/2010. (Admin.) (Entered: 12/15/2010) _Update/Redact_ |

EXHIBIT 6

# 4:15-bk-43109 | Dale Harms

Docket Header Last Updated: 08/15/2018 5:07 pm

MEANSNO, DeBN, CLOSED

### U.S. Bankruptcy Court
### Northern District of California (Oakland)
### Bankruptcy Petition #: 15-43109

|  |  |
|---|---|
| *Date filed:* | 10/09/2015 |

*Assigned to:* Judge Charles Novack

Chapter 7

Voluntary

No asset

*Debtor disposition:* Standard Discharge

|  |  |
|---|---|
| *Date terminated:* | 01/13/2016 |
| *Debtor discharged:* | 01/12/2016 |
| *341 meeting:* | 11/24/2015 |
| *Deadline for objecting to discharge:* | 01/11/2016 |
| *Deadline for financial mgmt. course:* | 11/23/2015 |

**Debtor**
**Dale Harms**
2063 Main Street, Suite 282
Oakley, CA 94561
CONTRA COSTA-CA
SSN / ITIN: xxx-xx-2831

represented by   **Dale Harms**

PRO SE

**Trustee**
**Marlene G. Weinstein**
1511 M Sycamore Ave. #259
Hercules, CA 94547
(925) 482-8982

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2015 | 1 | Chapter 7 Voluntary Petition. Fee Amount $335. Financial Management Certificate Due Prior to Discharge. Filed by Dale Harms . Incomplete Filings due by 10/23/2015 . Section 521 Filings due by 11/23/2015 . Order Meeting of Creditors due by 10/23/2015 . (Attachments: # 1 Part 2 of Voluntary Petition) (cp). EXHIBIT D, CERTIFICATE OF CREDIT COUNSELING, AND MEANS TEST INCLUDED Modified on 10/13/2015 (klr). (Entered: 10/09/2015) <br> *Update/Redact* |
| 10/09/2015 | | First Meeting of Creditors with 341(a) meeting to be held on 11/10/2015 at 11:00 AM at Oakland U.S. Trustee Office. Objections for Discharge due by 01/11/2016 . (cp) (Entered: 10/09/2015) <br> *Update/Redact* |
| 10/09/2015 | 2 | Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information Filed by Debtor Dale Harms (Attachments: # 1 Proposed Order-FRBP 4001) (pw) (Entered: 10/09/2015) <br> *Update/Redact* |
| 10/09/2015 | | Receipt of Filing Fee for Chapter 7 Voluntary Petition. Amount 335.00 from Dale Harms. Receipt Number 40095906. (admin) (Entered: 10/09/2015) <br> *Update/Redact* |
| 10/09/2015 | 3 | Statement of Social Security Number. Filed by Debtor Dale Harms (klr) (Entered: 10/13/2015) <br> *Update/Redact* |
| 10/12/2015 | | Notice of Debtor's Prior Filings for debtor Dale Harms Case Number 10-47720, Chapter 13 filed in California Northern Bankruptcy Court on 07/08/2010 , Dismissed for Failure to File Information on 10/25/2010.(Admin) (Entered: 10/12/2015) <br> *Update/Redact* |
| 10/13/2015 | 4 | Order To File Required Documents and Notice Regarding Dismissal Non-Compliance (Documents) due by 10/27/2015 (klr) (Entered: 10/13/2015) <br> *Update/Redact* |
| 10/13/2015 | 5 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (klr) (Entered: 10/13/2015) <br> *Update/Redact* |
| 10/15/2015 | 6 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 5 Generate 341 Notices). Notice Date 10/15/2015. (Admin.) (Entered: 10/15/2015) <br> *Update/Redact* |
| 10/15/2015 | 7 | BNC Certificate of Mailing (RE: related document(s) 4 Order to File Missing Documents). Notice Date 10/15/2015. (Admin.) (Entered: 10/15/2015) <br> *Update/Redact* |
| 10/19/2015 | 8 | Request for Notice Filed by Creditor Bank of New York Mellon, f/k/a Bank of New York, as Trustee for the registered holders of Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 (Fujimoto, Daniel) (Entered: 10/19/2015) <br> *Update/Redact* |
| 10/22/2015 | 9 | Order Denying Application for ECF Access(Related Doc # 2) (jmb) (Entered: 10/22/2015) <br> *Update/Redact* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2015 | **11** | Schedule I , Schedule J Filed by Debtor Dale Harms (pw) (Entered: 10/26/2015)  *Update/Redact* |
| 10/23/2015 | **12** | Debtor Request to Begin Electronic Noticing. Filed by Debtor Dale Harms (pw) (Entered: 10/26/2015)  *Update/Redact* |
| 10/24/2015 | **10** | BNC Certificate of Mailing (RE: related document(s) 9 Order on Motion for Miscellaneous Relief). Notice Date 10/24/2015. (Admin.) (Entered: 10/24/2015)  *Update/Redact* |
| 11/04/2015 | | The trustee declares, under penalty of perjury, that the debtor(s) named above have failed to submit a copy of their federal income tax document(s) as required by 11 U.S.C. Section 521 (e)(2)(A)(i) . (Weinstein, Marlene) (Entered: 11/04/2015)  *Update/Redact* |
| 11/04/2015 | **13** | Order and Notice Regarding Failure of the Debtor(s) to Submit a Copy of their Federal Income Tax Return(s) to the Trustee as Required by 11 U.S.C. Section 521(e)(2)(A)(i) (admin) (Entered: 11/04/2015)  *Update/Redact* |
| 11/07/2015 | **14** | BNC Certificate of Mailing (RE: related document(s) 13 Order and Notice Regarding Failure to Submit Tax Returns). Notice Date 11/07/2015. (Admin.) (Entered: 11/07/2015)  *Update/Redact* |
| 11/10/2015 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 11/24/2015 at 12:00 PM at Oakland U.S. Trustee Office Debtor appeared. (Weinstein, Marlene) (Entered: 11/10/2015)  *Update/Redact* |
| 11/12/2015 | **15** | Notice of Order (RE: related document(s) 341 Meeting of Creditors Continued). (cf) (Entered: 11/12/2015)  *Update/Redact* |
| 11/14/2015 | **16** | BNC Certificate of Mailing - Order for Debtor(s) to Appear at Continued Meeting of Creditors . (RE: related document(s) 15 Notice of Order). Notice Date 11/14/2015. (Admin.) (Entered: 11/14/2015)  *Update/Redact* |
| 11/24/2015 | | Chapter 7 Trustee's Report of No Distribution: I, Marlene G. Weinstein, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 2130.00, Assets Exempt: Not Available, Claims Scheduled: $ 426058.00, |

Case: 18-40758   Doc# 44-5   Filed: 08/29/18   Entered: 08/29/18 16:44:48   Page 16
of 29

EXHIBIT 7

| Date Filed | # | Docket Text |
|---|---|---|
| | | Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 426058.00. Meeting of Creditors Held. Appearance Excused Debtor absent. (Weinstein, Marlene) (Entered: 11/24/2015) _Update/Redact_ |
| 11/24/2015 | 17 | Notice of Deficiency of Financial Management Course Certificate Due Before Discharge (admin) (Entered: 11/24/2015) _Update/Redact_ |
| 11/27/2015 | 18 | BNC Certificate of Mailing (RE: related document(s) 17 Notice of Deficiency Financial Management Course). Notice Date 11/27/2015. (Admin.) (Entered: 11/27/2015) _Update/Redact_ |
| 11/30/2015 | 19 | Notice of Change of Creditor Address Filed by Debtor Dale Harms. (cf) (Entered: 11/30/2015) _Update/Redact_ |
| 12/02/2015 | 20 | Personal Financial Management Course Certificate. Filed by Debtor Dale Harms (jmb) (Entered: 12/02/2015) _Update/Redact_ |
| 01/12/2016 | 21 | Order Discharging Debtor and Final Decree (Admin.) (Entered: 01/12/2016) _Update/Redact_ |
| 01/13/2016 | | Bankruptcy Case Closed. (Admin.) (Entered: 01/13/2016) _Update/Redact_ |
| 01/15/2016 | 22 | BNC Certificate of Mailing - Order of Discharge and Final Decree (RE: related document(s) 21 Order Discharging Debtor and Final Decree). Notice Date 01/15/2016. (Admin.) (Entered: 01/15/2016) _Update/Redact_ |

| PACER Service Center | |
|---|---|
| **Receipt:** | 08/15/2018 17:06:59 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 15-43109 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Pages:** | 3 ($0.30) |

# 4:16-bk-42569 | Laurie Ann Harms

Docket Header Last Updated: 08/15/2018 5:08 pm

MEANSNO, DeBN, CLOSED

### U.S. Bankruptcy Court
### Northern District of California (Oakland)
### Bankruptcy Petition #: 16-42569

| | |
|---|---|
| | *Date filed:* 09/13/2016 |
| *Assigned to:* Judge Charles Novack | |
| Chapter 7 | *Date terminated:* 12/29/2016 |
| Voluntary | *Debtor discharged:* 12/28/2016 |
| No asset | |
| | *341 meeting:* 12/09/2016 |
| | *Deadline for objecting to discharge:* 12/27/2016 |
| *Debtor disposition:* Standard Discharge | *Deadline for financial mgmt. course:* 10/28/2016 |

**Debtor**                                          represented by          **Laurie Ann Harms**
**Laurie Ann Harms**                                                        PRO SE
2063 Main St. #282
Oakley, CA 94561
CONTRA COSTA-CA
SSN / ITIN: xxx-xx-6794


**Trustee**
**Sarah L. Little**
2415 San Ramon Valley Blvd. #4432
San Ramon, CA 94583
(510)485-0740


**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(510) 637-3200

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/13/2016 | 1 | Chapter 7 Voluntary Petition for Individuals. Fee Amount $335. Financial Management Certificate Due Prior to Discharge. Filed by Laurie Harms . Incomplete Filings due by 9/27/2016 . Section 521 Filings due by 10/28/2016 . Order Meeting of Creditors due by 9/27/2016 . (lm) (Entered: 09/13/2016) _Update/Redact_ |
| 09/13/2016 | | First Meeting of Creditors with 341(a) meeting to be held on 10/28/2016 at 09:00 AM at Oakland U.S. Trustee Office. Objections for Discharge due by 12/27/2016 . (lm) (Entered: 09/13/2016) _Update/Redact_ |
| 09/13/2016 | | Receipt of Filing Fee for Chapter 7 Voluntary Petition. Amount 335.00 from Laurie Harms. Receipt Number 40098462. (admin) (Entered: 09/13/2016) _Update/Redact_ |
| 09/13/2016 | 3 | Statement of Social Security Number. Filed by Debtor Laurie Harms (ta) (Entered: 09/14/2016) _Update/Redact_ |
| 09/14/2016 | 2 | Request for Notice Filed by Creditor Synchrony Bank. (Singh, Ramesh) (Entered: 09/14/2016) _Update/Redact_ |
| 09/14/2016 | | Notice of Debtor's Prior Filings for debtor Laurie Harms Case Number 10-47720, Chapter 13 filed in California Northern Bankruptcy Court on 07/08/2010 , Dismissed for Failure to File Information on 10/25/2010.(Admin) (Entered: 09/14/2016) _Update/Redact_ |
| 09/14/2016 | 4 | Notice of Deficient Filing Regarding Obsolete Forms and Dismissal of Case in Event of Failure to Cure Official Forms due by 9/28/2016 . (ta) (Entered: 09/14/2016) _Update/Redact_ |
| 09/14/2016 | 5 | Order To File Required Documents and Notice Regarding Dismissal Non-Compliance (Documents) due by 9/28/2016 (ta) (Entered: 09/14/2016) _Update/Redact_ |
| 09/14/2016 | 6 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (ta) (Entered: 09/14/2016) _Update/Redact_ |
| 09/16/2016 | 7 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 6 Generate 341 Notices). Notice Date 09/16/2016. (Admin.) (Entered: 09/16/2016) _Update/Redact_ |
| 09/16/2016 | 8 | BNC Certificate of Mailing (RE: related document(s) 4 Notice of Obsolete Forms). Notice Date 09/16/2016. (Admin.) (Entered: 09/16/2016) _Update/Redact_ |
| 09/16/2016 | 9 | BNC Certificate of Mailing (RE: related document(s) 5 Order to File Missing Documents). Notice Date 09/16/2016. (Admin.) (Entered: 09/16/2016) _Update/Redact_ |
| 09/22/2016 | 10 | Amended Voluntary Petition., Chapter 7 Statement of Your Current Monthly Income , Declaration About Individual Debtor's Schedule , Schedules A - J , Statement of Financial |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Affairs for Individual Filed by Debtor Laurie Harms (Attachments: # 1 part 2) (jmb) (Entered: 09/22/2016) <br> *Update/Redact* |
| 09/22/2016 | **11** | Personal Financial Management Course Certificate. (RE: related document(s) 1 Voluntary Petition (Chapter 7)). Filed by Debtor Laurie Harms (jmb) (Entered: 09/22/2016) <br> *Update/Redact* |
| 09/22/2016 | **12** | Statement of Social Security Number. Filed by Debtor Laurie Harms (jmb) (Entered: 09/22/2016) <br> *Update/Redact* |
| 09/22/2016 | **13** | Debtor Request to Begin Electronic Noticing. Filed by Debtor Laurie Harms (jmb) (Entered: 09/22/2016) <br> *Update/Redact* |
| 10/28/2016 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 12/9/2016 at 11:00 AM at Oakland U.S. Trustee Office (Little, Sarah) (Entered: 10/28/2016) <br> *Update/Redact* |
| 11/02/2016 | **14** | Notice of Order (RE: related document(s) 341 Meeting of Creditors Continued). (lm) (Entered: 11/02/2016) <br> *Update/Redact* |
| 11/04/2016 | **15** | BNC Certificate of Mailing - Order for Debtor(s) to Appear at Continued Meeting of Creditors . (RE: related document(s) 14 Notice of Order). Notice Date 11/04/2016. (Admin.) (Entered: 11/04/2016) <br> *Update/Redact* |
| 12/09/2016 | | Meeting of Creditors Held (Little, Sarah) (Entered: 12/09/2016) <br> *Update/Redact* |
| 12/20/2016 | | Chapter 7 Trustee's Report of No Distribution: I, Sarah L. Little, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $ 5900.00, Assets Exempt: Not Available, Claims Scheduled: $ 401736.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 401736.00. Meeting of Creditors Held. (Little, Sarah) (Entered: 12/20/2016) <br> *Update/Redact* |
| 12/27/2016 | **16** | Personal Financial Management Course Certificate. Filed by Debtor Laurie Ann Harms (jmb) (Entered: 12/27/2016) <br> *Update/Redact* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2016 | **17** | Order Discharging Debtor and Final Decree (Admin.) (Entered: 12/28/2016)Update/Redact |
| 12/29/2016 | | Bankruptcy Case Closed. (Admin.) (Entered: 12/29/2016)    Update/Redact |
| 12/31/2016 | **18** | BNC Certificate of Mailing - Order of Discharge and Final Decree (RE: related document(s) 17 Order Discharging Debtor and Final Decree). Notice Date 12/31/2016. (Admin.) (Entered: 12/31/2016)    Update/Redact |

| PACER Service Center | |
|---|---|
| **Receipt:** | 08/15/2018 17:08:04 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 16-42569 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Pages:** | 2 ($0.20) |

# 4:18-bk-40758 | Dale Norman Harms

Docket Header Last Updated: 08/16/2018 1:28 pm

DeBN, PRIORDIS, NSP, DebtEd

**U.S. Bankruptcy Court**

**Northern District of California (Oakland)**

**Bankruptcy Petition #: 18-40758**

|  |  |
|---|---|
| *Assigned to:* Judge Charles Novack | *Date filed:* 04/02/2018 |
| Chapter 13 | *341 meeting:* 06/07/2018 |
| Voluntary | *Deadline for filing claims:* 06/11/2018 |
| Asset | |

| | |
|---|---|
| **Debtor** | represented by **Dale Norman Harms** |
| **Dale Norman Harms** | PRO SE |
| 2063 Main Street | |
| Suite 282 | |
| Oakley, CA 94561 | |
| CONTRA COSTA-CA | |
| SSN / ITIN: xxx-xx-2831 | |

**Trustee**

**Martha G. Bronitsky**

P.O. Box 5004

Hayward, CA 94540

(510) 266-5580

**U.S. Trustee**

**Office of the U.S. Trustee/Oak**

Office of the United States Trustee

Phillip J. Burton Federal Building

450 Golden Gate Ave. 5th Fl., #05-0153

San Francisco, CA 94102

(510) 637-3200

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2018 | 1 | Chapter 13 Voluntary Petition Individual, Fee Amount $310. Filed by Dale Norman Harms . Incomplete Filings due by 4/16/2018 . Order Meeting of Creditors due by 5/2/2018 . (dts) (Entered: 04/02/2018)        Update/Redact |
| 04/02/2018 | 2 | Statement of Social Security Number. Filed by Debtor Dale Norman Harms (dts) (Entered: 04/02/2018)        Update/Redact |
| 04/02/2018 | 3 | Certificate of Credit Counseling Filed by Debtor Dale Norman Harms (dts) (Entered: 04/02/2018)        Update/Redact |
| 04/02/2018 | 4 | Creditor Matrix Filed by Debtor Dale Norman Harms (dts) (Entered: 04/02/2018)        Update/Redact |
| 04/02/2018 | 5 | Order to File Required Documents and Notice of Automatic Dismissal. (rdr) (Entered: 04/02/2018)        Update/Redact |
| 04/02/2018 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 310.00 from Dale Norman Harms. Receipt Number 40101881. (admin) (Entered: 04/02/2018)        Update/Redact |
| 04/03/2018 | | Notice of Debtor's Prior Filings for debtor Dale Norman Harms Case Number 15-43109, Chapter 7 filed in California Northern Bankruptcy Court on 10/09/2015 , Standard Discharge on 01/12/2016; Case Number 10-47720, Chapter 13 filed in California Northern Bankruptcy Court on 07/08/2010 , Dismissed for Failure to File Information on 10/25/2010.(Admin) (Entered: 04/03/2018)        Update/Redact |
| 04/03/2018 | 6 | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 5/3/2018 at 10:00 AM Oakland U.S. Trustee Office 13th Floor Objection to Dischargeability due by 7/2/2018 Proofs of Claims due by 6/11/2018 (Bronitsky, Martha (ms)) (Entered: 04/03/2018)        Update/Redact |
| 04/03/2018 | 7 | Request for Notice Filed by Creditor Synchrony Bank. (Smith, Valerie) (Entered: 04/03/2018)        Update/Redact |
| 04/03/2018 | 8 | Order Re: Chapter 13 Plan Payments and Adequate Protection Payments (admin) (Entered: 04/03/2018)        Update/Redact |
| 04/04/2018 | 9 | BNC Certificate of Mailing (RE: related document(s) 5 Order to File Missing Documents). Notice Date 04/04/2018. (Admin.) (Entered: 04/04/2018)    Update/Redact |
| 04/06/2018 | 10 | Debtor Request to Update Account Information for Electronic Noticing . Filed by Debtor Dale Norman Harms (tw) (Entered: 04/06/2018)        Update/Redact |
| 04/06/2018 | 11 | |

| Date Filed | # | Docket Text |
|---|---|---|
| | | BNC Certificate of Mailing (RE: related document(s) 8 Order Re Ch 13 Plan and Adequate Protection Payments). Notice Date 04/06/2018. (Admin.) (Entered: 04/06/2018) <div align="right">Update/Redact</div> |
| 04/06/2018 | 12 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 6 Meeting of Creditors Chapter 13). Notice Date 04/06/2018. (Admin.) (Entered: 04/06/2018) <div align="right">Update/Redact</div> |
| 04/16/2018 | 13 | Notice of Motion and Motion for Extension of Time to File the Required Documents Listed on Form OFRDI; Memorandum of Points and Authorities; and Declaration9s) of Dale Norman Harms in Support Thereof Filed by Debtor Dale Norman Harms DEFECTIVE ENTRY: Notice of Hearing or Opportunity for Hearing to be filed separately. (pw) (Entered: 04/16/2018) <div align="right">Update/Redact</div> |
| 04/18/2018 | 14 | Order Extending Time to File Required Documents (Related Doc # 13) Incomplete Filings due by 6/1/2018 , Chapter 13 Plan due by 6/1/2018 . (rba) (Entered: 04/18/2018) <div align="right">Update/Redact</div> |
| 04/18/2018 | 15 | Certificate of Service (RE: related document(s) 13 Motion to Extend Time). Filed by Debtor Dale Norman Harms (tw) (Entered: 04/18/2018) <div align="right">Update/Redact</div> |
| 04/20/2018 | 16 | BNC Certificate of Mailing (RE: related document(s) 14 Order on Motion to Extend Time). Notice Date 04/20/2018. (Admin.) (Entered: 04/20/2018) <div align="right">Update/Redact</div> |
| 05/04/2018 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued *Hearing held 5/03/18; Debtor appeared but was not examined. Case is still a skeleton. Extension to file missing documents up 6/1.*. 341(a) meeting to be held on 6/7/2018 at 10:00 AM Oakland U.S. Trustee Office 13th Floor (Bronitsky, Martha (rm)) (Entered: 05/04/2018) <div align="right">Update/Redact</div> |
| 05/16/2018 | 17 | Affidavit of Truth of Dale Norman Harms Concerning Debtor's Income Tax Filings Filed by Debtor Dale Norman Harms (tw) (Entered: 05/16/2018) <div align="right">Update/Redact</div> |
| 05/30/2018 | 18 | Chapter 13 Plan Filed by Debtor Dale Norman Harms (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Dale Norman Harms). (tw) (Entered: 05/30/2018) <div align="right">Update/Redact</div> |
| 05/30/2018 | 19 | Summary of Assets and Liabilities for Individual , Statistical Summary of Certain Liabilities., Schedules A - J , Declaration About Individual Debtor's Schedule , Statement of Financial Affairs for Individual , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years. Disposable Income Is Not Determined (RE: related document(s) 5 Order to File Missing Documents). Filed by Debtor Dale Norman Harms (Attachments: # 1 Part 2) (tw) (Entered: 05/30/2018) <div align="right">Update/Redact</div> |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2018 | **20** | Notice Regarding *Trustees Initial Report of Deficiencies & Requested Corrections* (RE: related document(s) 6 Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 5/3/2018 at 10:00 AM Oakland U.S. Trustee Office 13th Floor Objection to Dischargeability due by 7/2/2018 Proofs of Claims due by 6/11/2018 (Bronitsky, Martha (ms))). Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (cr)) (Entered: 05/31/2018)                                    Update/Redact |
| 06/05/2018 | **21** | Statement by Debtor Not Represented by an Attorney Filed by Debtor Dale Norman Harms (tw) (Entered: 06/06/2018)                                    Update/Redact |
| 06/05/2018 | **22** | Declaration as Requested by the Chapter 13 Trustee Pursuant to Docket Number 20; Notice Regarding Trustees Initial Report of Deficiencies & Requested Corrections (RE: related document(s) 20 Notice). Filed by Debtor Dale Norman Harms (tw) (Entered: 06/06/2018)                                    Update/Redact |
| 06/05/2018 | **23** | First Amended Chapter 13 Plan Filed by Debtor Dale Norman Harms (RE: related document(s) 18 Chapter 13 Plan filed by Debtor Dale Norman Harms). (tw) (Entered: 06/06/2018)                                    Update/Redact |
| 06/05/2018 | **24** | Notice and Opportunity for Hearing with Certificate of Service (RE: related document(s) 23 First Amended Chapter 13 Plan Filed by Debtor Dale Norman Harms (RE: related document(s) 18 Chapter 13 Plan filed by Debtor Dale Norman Harms). (tw)). Filed by Debtor Dale Norman Harms (tw) (Entered: 06/06/2018)                                    Update/Redact |
| 06/08/2018 |  | Meeting of Creditors Held and Concluded. *Hearing held 6/07/18; Matter off calendar for plan notice up 6/30. If objections matter will be set for hearing. If no objections to plan and all issues resolved, hearing concluded and Trustee will recommend confirmation..* (Bronitsky, Martha (rm)) (Entered: 06/08/2018)                                    Update/Redact |
| 06/12/2018 | **25** | Notice Regarding *of Filed Claims With Certificate of Service* Filed by Trustee Martha G. Bronitsky (Attachments: # 1 Supplement) (Bronitsky, Martha (harbor)) (Entered: 06/12/2018)                                    Update/Redact |
| 06/27/2018 | **26** | Debtor's Notice of Objection and Opportunity for Hearing, and Objection to Claim 2-1 by Claimant BANK OF NEW YORK AS TRUSTEE FOR CWALT2005-27 Filed by Debtor Dale Norman Harms . (tw)DEFECTIVE ENTRY: Notice of Hearing or Opportunity for Hearing to be filed separately. Modified on 6/28/2018 (aw). (Entered: 06/27/2018)                                    Update/Redact |
| 06/27/2018 | **27** | Memorandum in Support of Debtor's Objection to Claim 2-1 of (RE: related document(s) 26 Objection to Claim). Filed by Debtor Dale Norman Harms (Attachments: # 1 Part 2) (tw) (Entered: 06/27/2018)                                    Update/Redact |
| 06/27/2018 | **28** |  |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Certificate of Service (RE: related document(s) 26 Objection to Claim, 27 Memo of Points & Authorities). Filed by Debtor Dale Norman Harms (tw) (Entered: 06/27/2018) <br><br> *Update/Redact* |
| 06/28/2018 | **29** | Objection to Confirmation of Plan Filed by Creditor The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of CWALT, Inc. Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Certificate of Service) (Krause, Mark) (Entered: 06/28/2018) <br><br> *Update/Redact* |
| 07/02/2018 | **30** | Notice of Hearing *Regarding Confirmation of Chapter 13 Plan with Certificate of Service* (RE: related document(s) 23 First Amended Chapter 13 Plan filed by Debtor Dale Norman Harms (RE: related document(s) 18 Chapter 13 Plan filed by Debtor Dale Norman Harms). (tw)). **Confirmation Hearing scheduled for 8/28/2018 at 1:30 PM at Oakland Room 215 - Novack.** Filed by Trustee Martha G. Bronitsky (Bronitsky, Martha (harbor)) (Entered: 07/02/2018) <br><br> *Update/Redact* |
| 07/02/2018 | **31** | Debtor's Response to Creditor's Objections to Debtor's Amended Chapter 13 Plan Doc #29 (RE: related document(s) 29 Objection to Confirmation of the Plan). Filed by Debtor Dale Norman Harms (Attachments: # 1 Certificate of Service) (tw) (Entered: 07/03/2018) <br><br> *Update/Redact* |
| 07/02/2018 | **32** | Debtor's Notice of Objection and Opportunity for Hearing Filed by Debtor Dale Norman Harms (Attachments: # 1 Certificate of Service). Related document(s) 26 Objection to Claim. (tw) CORRECTIVE ENTRY: Clerk modified docket text. Modified on 7/9/2018 (tw). (Entered: 07/03/2018) |
| 07/02/2018 | **33** | Amended Memorandum in Support of Debtor's Objection to Claim 2-1 (RE: related document(s) 26 Objection to Claim). Filed by Debtor Dale Norman Harms (Attachments: # 1 Certificate of Service) (tw) (Entered: 07/03/2018) <br><br> *Update/Redact* |
| 07/02/2018 | **34** | Certificate of Service (RE: related document(s) 26 Objection to Claim, 33 Memo of Points & Authorities). Filed by Debtor Dale Norman Harms (tw) (Entered: 07/03/2018) <br><br> *Update/Redact* |
| 07/05/2018 | **35** | Debtor's Notice of Objection and Opportunity for Hearing (RE: related document(s) 26 Debtor's Notice of Objection and Opportunity for Hearing, and Objection to Claim 2-1 by Claimant BANK OF NEW YORK AS TRUSTEE FOR CWALT2005-27 Filed, 32 Debtor's Notice of Objection and Opportunity for Hearing (Attachments: # 1 Certificate of Service). Filed by Debtor Dale Norman Harms (Attachments: # 1 Certificate of Service) CORRECTIVE ENTRY: Clerk modified docket text. Modified on 7/9/2018 (tw). (Entered: 07/06/2018) <br><br> *Update/Redact* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2018 | **36** | Opposition Reply *to Debtor's Notice of Objection and Opportunity for heaering and Objection to Claim 2-1* (RE: related document(s) 26 Objection to Claim). Filed by Creditor The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of CWALT, Inc. Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 (Krause, Mark) (Entered: 07/25/2018)    Update/Redact |
| 07/30/2018 | **37** | Notice of Hearing (RE: related document(s) 26 Debtor's Notice of Objection and Opportunity for Hearing, and Objection to Claim 2-1 by Claimant BANK OF NEW YORK AS TRUSTEE FOR CWALT2005-27 Filed by Debtor Dale Norman Harms . (tw)DEFECTIVE ENTRY: Notice of Hearing or Opportunity for Hearing to be filed separately. Modified on 6/28/2018 (aw).). **Hearing scheduled for 8/10/2018 at 11:00 AM at Oakland Room 215 - Novack.** Filed by Debtor Dale Norman Harms (rs) (Entered: 07/31/2018)    Update/Redact |
| 07/30/2018 | **38** | Certificate of Service (RE: related document(s) 37 Notice of Hearing). Filed by Debtor Dale Norman Harms (rs) (Entered: 07/31/2018)    Update/Redact |
| 08/02/2018 | **39** | Debtor's Reply to Creditor's Opposition to Debtor's Objection to Claim 2-1 With Certificate of Service (RE: related document(s) 26 Objection to Claim, 36 Reply). Filed by Debtor Dale Norman Harms (tw) (Entered: 08/02/2018)    Update/Redact |
| 08/10/2018 |  | Hearing Continued (related document(s): 26 Objection to Claim filed by Dale Norman Harms) **Minutes:** By **08/31/18** , debtor shall file and serve a supplemental declaration explaining that The Bank of New York Mellon have the note. By **09/14/18** , The Bank of New York Mellon may file and serve a response. The hearing on Objection to Claim is continued to **09/21/2018 at 11:00 AM at Oakland Room 215 - Novack.** The court will issue the order. (rba) (Entered: 08/10/2018)    Update/Redact |
| 08/10/2018 | **40** | 🔊 PDF with attached Audio File. Court Date & Time [ 8/10/2018 11:06:49 AM ]. File Size [ 7016 KB ]. Run Time [ 00:29:14 ]. (admin). (Entered: 08/10/2018)    Update/Redact |
| 08/10/2018 |  | Hearing Continued (related document(s): [26] Objection to Claim filed by Dale Norman Harms) Minutes: By 08/31/18 , debtor shall file and serve a supplemental declaration explaining that The Bank of New York Mellon have the note. By 09/14/18 , The Bank of New York Mellon may file and serve a response. The hearing on Objection to Claim is continued to 09/21/2018 at 11:00 AM at Oakland Room 215 - Novack. The court will issue the order. (rba)    Update/Redact |
| 08/13/2018 | **41** | Order Continuing Hearing on Debtor's Objection to Claim No. 2-1 (RE: related document(s) 26 Objection to Claim filed by Debtor Dale Norman Harms). **Hearing continued to 09/21/2018 at 11:00 AM at Oakland Room 215 - Novack.** (rba) (Entered: 08/13/2018)    Update/Redact |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2018 | **42** | BNC Certificate of Mailing (RE: related document(s) 41 Order to Continued Hearing). Notice Date 08/15/2018. (Admin.) (Entered: 08/15/2018)    Update/Redact |

| PACER Service Center | |
|---|---|
| **Receipt:** | 08/16/2018 13:28:52 |
| **User:** | User's PACER account |
| **Client:** | |
| **Description:** | Docket Report |
| | 18-40758 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Pages:** | 4 ($0.40) |

EXHIBIT 9

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 5/1/2018 | | | $2,691.95 | $ (2,691.95) | $ (2,691.95) |
| 6/1/2018 | | | $3,114.93 | $ (3,114.93) | $ (5,806.88) |
| 7/1/2018 | | | $3,114.93 | $ (3,114.93) | $ (8,921.81) |
| 8/1/2018 | | | $3,114.93 | $ (3,114.93) | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| | | | | $ - | $ (12,036.74) |
| 4 | 0 | $ - | $ 12,036.74 | $ (12,036.74) | |

| Loan Number | xxxxx |
|---|---|
| Debtor | Harms, Dale |
| BK filed date | 4/2/2018 |
| BK Case # | 18-40758 |
| Loan Acquired | 12/1/2016 |
| Post Next Due | 5/1/2018 |
| Suspense | |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 5/1/2018 | $2,691.95 | 1 | $ 2,691.95 |
| 6/1/18-8/1/18 | $3,114.93 | 3 | $ 9,344.79 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 12,036.74 |
| | | Less Unapplied | $ - |
| | | Total to bring current | $ 12,036.74 |

$ 12,036.74
$ (12,036.74)
$ - unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 110
Greenville, SC 29601

EXHIBIT 10