ZIEVE, BRODNAX & STEELE, LLP
Erin M. McCartney, Bar No. 308803
Mark S. Krause, Bar No. 302732
30 Corporate Park, Suite 450
Irvine, CA 92606
(714) 848-7920 / FAX (714) 908-2615
Email: bankruptcy@zbslaw.com

Attorneys for Movant
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST
2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re:

Dale Norman Harms,

           Debtor.

CASE NO.: 18-40758
R/S No.: MSK-1
Chapter 13

NOTICE OF HEARING ON MOVANT'S
MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C.
§362 (d)(1)(d)(4) (REAL PROPERTY)

Hearing:
Date:       September 14, 2018
Time:      10:00 a.m.
Location:  United States Bankruptcy Court
             1300 Clay Street
             Oakland, CA 94612
             **Courtroom 215**

*Assigned for all purposes to:*
Hon. Charles Novack

**TO ALL INTERESTED PARTIES**:

    **PLEASE TAKE NOTICE** that on September 14, 2018 at 10:00 a.m., at the United States

Bankruptcy Court, Courtroom 215 located at 1300 Clay Street, Oakland, CA 94612, before the

Honorable Charles Novack, United States Bankruptcy Judge, the undersigned shall move the Court

1

Case: 18-40758   Doc# 45   Filed: 08/29/18   Entered: 08/29/18 16:46:10   Page 1 of 2

1  for an order terminating the automatic stay as to the enforcement of its state law remedies against

2  the real property described in the supporting documents filed and served herewith.

3      In the event neither Debtor nor their counsel appears at the hearing on this Motion, the

4  Court may grant relief from the automatic stay thereby permitting Movant to foreclose on Debtor's

5  real property located at 930 WEST CYPRESS ROAD, OAKLEY, CALIFORNIA 94561, and

6  obtain possession of said property without further hearing.

7

8                                 ZIEVE, BRODNAX, & STEELE, LLP

9  Dated:    August 29, 2018        By:    /s/ Mark S. Krause
10                                         Erin M. McCartney, Esq.
11                                         Mark S. Krause, Esq.
                                           Attorneys for Secured Creditor
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28