ZIEVE, BRODNAX & STEELE, LLP
Erin M. McCartney, Bar No. 308803
Mark S. Krause, Bar No. 302732
30 Corporate Park, Suite 450
Irvine, CA 92606
(714) 848-7920 / FAX (714) 908-2615
Email: bankruptcy@zbslaw.com

Attorneys for Movant
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Dale Norman Harms,<br><br>    Debtor. | CASE NO.: 18-40758<br>R/S No.: MSK-1<br>Chapter 13<br><br>CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:     September 14, 2018<br>Time:    10:00 a.m.<br>Location:  United States Bankruptcy Court<br>              1300 Clay Street<br>              Oakland, CA 94612<br>              **Courtroom 215**<br><br>*Assigned for all purposes to:*<br> Hon. Charles Novack |

I, **MICHELE DAPELLO**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 30 Corporate Park, Suite 450, Irvine, California 92606.

On August 29, 2018, I served the within **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC, DECLARATION IN SUPPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, RELIEF FROM STAY SUMMARY**

1

Certificate of Service

Case: 18-40758    Doc# 46    Filed: 08/29/18    Entered: 08/29/18 16:47:27    Page 1 of 2

**SHEET, AND CERTIFICATE OF SERVICE** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Irvine, California, addressed as follows:

**DEBTOR/BORROWER:**
Dale Norman Harms
2063 Main Street, Suite 282
Oakley, CA 94561
(*served via certified mail*)

**DEBTOR/BORROWER:**
Dale Norman Harms
930 West Cypress Road
Oakley, CA 94561
(*served via certified mail*)

**NON-FILING CO-BORROWER**:
Laurie Harms
2063 Main Street, Suite 282
Oakley, CA 94561
(*served via certified mail*)

**NON-FILING CO-BORROWER:**
Laurie Harms
930 West Cypress Road
Oakley, CA 94561
(*served via certified mail*)

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

**CHAPTER 13 TRUSTEE:** Martha G. Bronitsky, 13trustee@oak13.com
**OFFICE OF THE U.S. TRUSTEE (OAK):** USTPRegion17.OA.ECF@usdoj.gov

I certify under penalty of perjury the foregoing is true and correct. Executed on August 29, 2018, at Irvine, California.

/s/ Michele Dapello

Michele Dapello, an employee of
Zieve, Brodnax, & Steele, LLP